Ying Liu
Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
718-463-1868
shieldscj524@gmail.com
Attorneys for Andrew Wang,
Individually and doing business as
Bao Wu Tang, and Shou-Kung Wang,
Individually and formerly doing
business as Jian Bao Gallery, Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth King, and Yien-Koo King,<br><br>Plaintiffs,<br><br>v.<br><br>Andrew Wang, Shou-Kung Wang,<br>Bao Wu Tang, Jian Bao Gallery,<br>Anthony Chou, Chen Mei-Lin,<br>Wei Zheng, Ye Yong-Qing,<br>Yue Da-Jin, and John Does 1-9,<br><br>Defendants. | Civil Action No. 1:14-cv-07694-JFK<br><br>DECLARATION OF<br>CAROLYN SHIELDS IN SUPPORT OF<br>DEFENDANTS' MOTION TO DISMISS |

DECLARATION OF CAROLYN SHIELDS
(28 U.S.C. § 1746)

I, Carolyn Shields, declare:

1. I am one of the attorneys of record for Defendant AW and Defendant SK in this action and in proceedings in the Surrogate's Court for New York County, Estate of Chi-Chuan Wang. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint in this action.

3. Attached hereto as Exhibit B is a true and correct copy of the Petition To Revoke Letters filed by the attorneys for plaintiffs in the Surrogate's Court proceeding, Estate of Chi-Chuan Wang.

4. Attached hereto as Exhibit C is a true and correct copy of a January 2011 order of the Surrogate, Surrogate's Court for New York County, providing a summary of proceedings in that court and referred to in Defendants' Memorandum of Law in support of their Motion To Dismiss the complaint in this action.

5. Attached hereto as Exhibit D is a true and correct copy of the bankruptcy schedules filed by Plaintiffs Kenneth King and Yien-Koo King in their 2007 bankruptcy proceeding in the U.S. Bankruptcy Court for the Southern District of New York.

6. Attached hereto as Exhibit E is a true and correct copy of the 2003 will of C.C. Wang, which was filed as an exhibit to Andrew Wang's probate petition in Surrogate's Court.

7. Attached hereto as Exhibit F is a true and correct copy of the 2000 will of C.C. Wang, which was filed as an exhibit to Yien-Koo King's probate petition in Surrogate's Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2014.

*/s/ Carolyn Shields*_______________
Carolyn Shields