UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIEN-KOO KING, NORTHWICH INVESTMENTS, LTD., and SOON HUAT, INC. <br><br> **Plaintiffs,** <br><br> -against- <br><br> ANDREW WANG, SHOU-KUNG WANG, BAO WU TANG, JIAN BAO GALLERY, ANTHONY CHOU, CHEN-MEI LIN, WEI ZHENG, YE YONG-QING, YUE DA-JIN and JOHN DOES 1-9, <br><br> **Defendants.** | 1:14-Civ-07694-JFK |

ANDREW WANG, INDIVIDUALLY AND DOING BUSINESS AS BAO WU TANG, AND SHOU-KUNG WANG, INDIVIDUALLY AND FORMERLY DOING BUSINESS AS JIAN BAO GALLERY,

**Defendants,
Third-Party Plaintiffs**,

-against-

YIEN-KOO KING, INDIVIDUALLY; KENNETH KING; RAYMOND KING; LYNN KING; THE PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK AS TEMPORARY ADMINISTRATOR TO THE ESTATE OF CHI-CHUAN WANG, DECEASED; AND DOES 1 THROUGH 10,

**Third-Party Defendants.**

**DECLARATION OF SAM P. ISRAEL IN SUPPORT OF THE YIEN-KOO KING AND KENNETH KING'S MOTION TO DISMISS OR STRIKE THE THIRD-PARTY COMPLAINT AND FOR RULE 11 SANCTIONS**

**SAM P. ISRAEL**, pursuant to 28 U.S.C. §1746, declares under penalties of perjury as follows:

1. I am a member of the Bar of this Court in good standing and counsel to Plaintiff Yien-Koo Wang King ("Yien-Koo" or "Plaintiff") and Kenneth King ("Kenneth," together with

Yien-Koo the "Kings") in this matter. I submit this declaration together with the appended exhibits for the purpose of putting before the Court true and correct copies of certain documents in support of the Kings' motion to strike or dismiss the Amended Third-Party Complaint (the "TPC") [ECF. Dkt. No. 87] and for sanctions pursuant to Fed. R. Civ. P. Rule 11.

2. Attached hereto as Exhibit 1 is a true and correct copy of the original Third-Party Complaint (without exhibits) filed in this proceeding by Defendants Bao Wu Tang, Andrew Wang, Shou-Kung Wang, and Jian Bao Gallery (together, the "Defendants") on June 16, 2018.

3. On June 21, 2018, as counsel for the Kings, this firm served a Motion upon the Defendants pursuant to Rule 11(c)(2), notifying the Defendants that unless the original third-party complaint was withdrawn by July 17, 2018, the Kings would file a motion to strike the pleading "as frivolous, harassing, and dilatory" and would further seek an award of "attorneys' fees based upon the costs of this motion."

4. The June 21, 2018 motion lists five separate grounds upon which a motion to strike and for sanctions would be based.

5. Attached hereto as Exhibit 2 is a true and correct copy of the motion dated June 21, 2018, served in accordance with Rule 11's safe-harbor requirement.

6. On July 25, 2018, rather than withdrawing their pleading or otherwise correcting the identified deficiencies, the Defendants filed an amended third-party complaint (the "TPC") which was identical to the original pleading except for its inclusion of allegations that the Kings and their children converted property of Chi-Chuan Wang *prior* to July 3, 2003.

7. Attached hereto as Exhibit 3 is a true and correct copy of the TPC (without exhibits) [ECF. Dkt. No. 84].

8. Attached hereto as Exhibit 4 is a true and correct copy of the order and decision of this court dated March 26, 2018 which, *inter alia*, dismissed claims brought by Northwich Investments Ltd. and Soon Huat Inc. but sustained the claims in the Amended Complaint brought on behalf of the Estate.

9. Attached hereto as Exhibit 5 is a true and correct copy of the Amended Complaint filed by Yien-Koo in this action.

10. I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
August 3, 2018

*/s/ Sam P. Israel*
Sam P. Israel, Esq. (SPI 0270)