# Kasowitz Benson Torres llp

|  | 1633 Broadway | Aspen |
|---|---|---|
|  | New York, New York 10019 | Atlanta |
|  |  | Houston |
| Kim Conroy | (212) 506-1700 | Los Angeles |
| Direct Dial: (212) 506-1946 | Fax: (212) 506-1800 | Miami |
| KConroy@kasowitz.com |  | Newark |
|  |  | San Francisco |
|  |  | Silicon Valley |
|  |  | Washington DC |

January 30, 2019

**BY ECF**

Honorable James L. Cott
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 21-D
New York, NY 10007

      Re:    *King, et al. v. Wang et al.*, Case No. 1:14-cv-07694-JFK-JLC;
              <u>*Wang, et. al. v. King, et. al.*, Case No. 1:18-cv-08948-JFK-JLC</u>

Dear Magistrate Judge Cott:

      We write on behalf of Andrew and Shou Kung Wang in response to Plaintiff Yien Koo King's request for an extension of time to respond to the Wangs' interrogatories, dated January 28, 2019. Although Plaintiff's counsel did not seek our consent to the requested extension, the Wangs have no objection to the extension in light of counsel's representation concerning Ms. King's health. However, given that the responses are long overdue, and that February 2nd is a Saturday, we respectfully request that the Court order Plaintiff to serve her responses by email (rather than regular mail) so that they are in our possession on February 2, 2019.

                                                      Respectfully submitted,

                                                      /s/ *Kim Conroy*

                                                      Kim Conroy

cc:      All counsel of record (by ECF)