# Kasowitz Benson Torres LLP

|  |  |  |
|---|---|---|
| Thomas Kelly<br>Direct Dial: (212) 506-1872<br>Direct Fax: (212) 835-5292<br>TKelly@kasowitz.com | 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

November 22, 2019

**BY ECF**

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, NY 10007

    Re:    *King, et al. v. Wang et al.*, Case No. 1:14-cv-07694-JFK-JLC

Dear Judge Keenan:

    We write on behalf of the Wang parties to request an extension of the November 29 deadline to December 13 to serve rebuttal expert reports and the December 27 deadline to January 15 to complete expert depositions in the above-referenced action.  Counsel for the parties met and conferred on November 20, 2019 regarding Defendants' request for an extension, and Plaintiff does not object.  Defendants note that a 30-day extension of the deadline to serve initial reports, and related deadlines, was previously extended to Plaintiff, without objection from Defendants, and that the parties do not believe this extension will affect the current deadline to submit summary judgment motions.

    Counsel are available for a telephonic or in-person conference at the Court's convenience should Your Honor wish to discuss.

    Respectfully submitted,

    /s/ *Thomas Kelly*
    Thomas Kelly

cc:    All counsel of record (by ECF)