UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x
YIEN-KOO KING, NORTHWICH INVESTMENTS LTD., and SOON HUAT, INC.

          Plaintiffs,

-against-

ANDREW WANG, SHOU-KUNG WANG, BAO WU TANG, JIAN BAO GALLERY, ANTHONY CHOU, CHEN-MEI-LIN, WEI ZHENG, YE YONG-QING, YUE DA-JIN and JOHN DOES 1-9,

          Defendants.
----------------------------------------------------- x

Civ. Action No.: 1:14-cv-07694 (LJL)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Oral Argument Requested

**PLEASE TAKE NOTICE** upon (i) the Statement of Undisputed Materials Facts Pursuant to Local Rule 56.1, dated February 14, 2020; (ii) the Declaration of Thomas B. Kelly, dated February 14, 2020 and the exhibits annexed thereto; and (iii) the Memorandum of Law, and, and, upon all the prior pleadings and proceedings had heretofore herein, defendants Andrew Wang and Shou-Kung Wang (collectively, "Defendants"), by their attorneys Kasowitz Benson Torres LLP, shall move this Court at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules granting summary judgment, dismissing this case in its entirety, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order granting Letter Motion for Extension of Time, Dkt. No. 192, answering papers, if any, shall be served upon the undersigned on or before March 16, 2020, and reply papers shall be served on or before March 23, 2020.

Dated: New York, New York
February 14, 2020

By: /s/ *Thomas B. Kelly*
Mark P. Ressler
(mressler@kasowitz.com)
Thomas B. Kelly
(tkelly@kasowitz.com)
Kim Conroy
(kconroy@kasowitz.com)

KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
*Attorneys for Andrew Wang and Shou-Kung Wang*

To:   Sam P. Israel (samisrael@spi-pc.com)
Timothy Savitsky (timsavitsky@spi-pc.com)
Sam P. Israel P.C.
180 Maiden Lane, 6th Floor
New York, NY 10038
Tel.: (646) 787-9880
*Attorneys for Yien-Koo King*