UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIEN-KOO KING,<br><br>                                    **Plaintiff,**<br><br>-against-<br><br>ANDREW WANG, SHOU-KUNG WANG, BAO WU TANG, JIAN BAO GALLERY, ANTHONY CHOU, CHEN-MEI LIN, WEI ZHENG, YE YONG-QING, YUE DA-JIN and JOHN DOES 1-9,<br><br>                                    **Defendants.** | **1:14-Civ-07694-(LJL) (JLC)** |

## NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE,** that plaintiff Yien-Koo Wang King (the "Plaintiff"), by and through her undersigned counsel, shall move this Court, before the Honorable Lewis J. Liman, at a date and time to be set by the Court, at the United States Courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York, upon the accompanying (i) Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment; (ii) Statement of Material Facts Pursuant to Local Civil Rule 56.1; (iii) Declaration of the Public Administrator of New York County, sworn to on February 14, 2020 and attached Exhibits; (iv) the Declaration of Yien-Koo Wang King, sworn to on February 14, 2020 and attached Exhibits; (v) the Declaration of Timothy Savitsky, dated February 14, 2020 and attached Exhibits; and (vi) Declaration of Patrick Regan, dated February 13, 2020, and attached Exhibits, for partial summary judgment in Plaintiff's favor on Count IX of the Amended Complaint against Andrew Wang, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 14, 2020

By: */s/Timothy Savitsky*
**SAM P. ISRAEL, P.C.**
Sam P. Israel (SPI0270)
Timothy Savitsky (TS6683)
180 Maiden Lane, 6th Floor
New York, New York 10006
T: 646-787-9880 | F: 646-787-9886
E: admin@spi-pc.com
*Counsel for Plaintiff Yien-Koo King*

To:   All parties of record via ECF