KING7 - 000851



KING7 - 000852



H0300

KING7 - 000852

KING7 - 000853



A 07c4            143            Ycin Hov King. C. N            1/9/04

Marto Klein            KING7 - 000853

KING7 - 000854



雲林詩翰　後學潘世恩拜題 敬題

瞻雲軒

金君伯祥名其先君子墓左之室曰瞻雲軒蓋以寓夫孝思油然之
義也若夫父祖之視氣猶神其胝合感通之妙齋思則如見沠浴之
則羹牆開牖而天光臨鑒池而泉脈動洋々乎如在其上如在其
左右者雲豈足為喻我於是廣其義而為之詩曰
白雲起石上逃如迸泉況演于林苍飄颻乎山川飛霞共聯綴浮
岀風与周迴開軒游想我思何緜々頭瞻忽在兹絛家澄
披焉奚舒無定理變幻迭縈縈興念松下慶右綠宇遊绿家澄
結浮翳百態交我前戚欣述安起心目皆々然賞識大 (印)
隨形影邊

張尊師相顥感从瑞鶴

我識白雲君尚支赤松子仙翁閦清巖社公迴俊伏 步雲禅
竹聞清聲　 候未密會集忽逐冷風還遥百歲遙追
瑟空中銷佩環　　蝴蝶一首

歲己亥春仲月之六日自寅迄南震雷且雪甲辰暮冬日癸卯帶
凄其風冬乃熱一晝霧晦如夜澤雨十旬淡疲農不便惒殘端志不
浮安巖窓閣之祈泠古云六有十月霍電天亥隕石亥雨殛人君俯德
可疐者生于朝菑王業方念滔々天下熱鋒鏑四起群豪傑執能涤
龍以為治者仁而不屈呼若蕭民命矢天蒼蒼殘傷尒何韋々



