| # | KK# | SK# | Artist (Chinese) | Desc (Chinese) | Artist | Description | Initial |
|---|---|---|---|---|---|---|---|
| 1 | A 02C4/S | D4024 | 无款（元） | 晚渡图绢本团扇 | Anonymous | Evening Ferry | AW |
| 2 | H 0805/S | D4002 | 无款 宋人 | 秋瓜轴 | Anonymous | Autumn Pumpkin | AW |
| 3 | H 1010/S | A1065 | 八大山人（清） | 月鹿图轴 | Bada Shanren | Moon & Deer | AW |
| 4 | H 0302/S | A1008 | 八大山人（清） | 荷花水鸟图轴 | Bada Shanren | Small Bird and Lotus | AW |
| 5 | H 1111/S | A1010 | 程正揆（清） | 庚戌写御寒图轴 | Cheng Zhengkui | Blue Brook | AW |
| 6 | H 0203/S | A1297 | 戴文进（明） | 沧江渔隐图轴 | Dai Wenjin | Fisherman | AW |
| 7 | H 0608/S | JBG/A1309 | 丁雲鵬（明） | 掃象圖軸 | Ding Yunpeng (Nanyu) | Sweeping the Elephant | AW |
| 8 | D 0302/B | B2066 | 龔賢 半千（明/清） | 山水卷 | Gong Xian (Banqian) | Landscape | AW |
| 9 | H 0100/S |  | 郭熙（宋） | 秋山行旅图轴 | Guo Xi | Travellers in the Autumn Mountains | AW |
| 10 | H 0405/S | A1086 | 弘仁（明） | 层峦叠嶂图轴 | Hong Ren | Bold Layered Landscape | AW |
| 11 | A 0200/B | C3005 | 侯懋功,延赏（明） | 仿古山水册十六页 | Hou Mougong | Landscape iSo Old Masters 16 L. Album | AW |
| 12 | H 0409/S | A1289 | 黄公望子久（元） | 陡壑密林图轴 | Huang Gongwang | Dense Forest | AW |
| 13 | H 0112/S | A1330 | 髡残（清） | 上人山水轴 | Kuncan (Shi Xi) | Landscape | AW |
| 14 | H 1212/S | JBG/A1288 | 梁楷（宋） | 六祖斫木圖軸 | Liang Kai | Chopping Wood | AW |
| 15 | H 0704/S |  | 吕纪（明） | 竹雀锦鸡图轴 | Lu Ji | Sparrows & Pheasants | AW |
| 16 | H 0908/S | A1285 | 陆治（明） | 色山种玉图轴 | Lu Zhi | Landscape with Grotto & Immortal Realm | AW |
| 17 | H 0509/S | A1137 | 罗聘 两峰（清） | 为補堂写睡头陀小照轴 | Luo Ping | Portrait of a Sleeping Monk | AW |
| 18 | H 0712/S | A1155 | 马守真 湘蘭（明） | 兰竹石图轴 | Ma Shouzhen | Orchid, Bamboo & Rock | AW |
| 19 | H 0308/S | A1269 | 马琬 文壁 （元） | 秋山息馆图轴 | Ma Wan | Traveler in the Mountain Landscape | AW |
| 20 | A 09C4/S | C3023 | 无款（宋） | 竹院品茶图册页 | Ma Yuan | Tasting Tea beside Bamboo and Rock | AW |
| 21 | H 1208/S | A1287 | 倪瓚 云林（元） | 為仲英寫春柯筠石圖軸 | Ni Zan | Rock & Tree Painted for Zhongyin | AW |
| 22 | H 0510/S | A1108 | 倪瓚 云林（元） | 绿水园圖轴 | Ni Zan | Green Pond Garden | AW |
| 23 | H 0205/S | JBG/A1304 | 倪瓚 云林（元） | 溪山仙館圖軸 | Ni Zan (Gaoshi) | Heavenly Pavilion among Brooks & Mtns | AW |
| 24 | D 0702/B | B2001 | 沈周 白石翁（明） | 仿梅道人山水长卷 | Shen Zhou (Shitian) | Landscape iSo Mei Daoren | AW |
| 25 | H 0506/S | A1013 | 沈周 石田（明） | 荷花采鸭圖轴 | Shen Zhou (Shitian) | Lotus Flowers and Ducks | AW |
| 26 | H 0306/S | A1153 | 盛懋（明） | 溪岸泊舟图轴 | Sheng Mou | Boating by a River Bank | AW |
| 27 | H 0401/S | A1099 | 石涛（清） | 上人中流砥柱山水轴 | Shitao | Monk in Mid Stream Landscape | AW |
| 28 | H 0714/S | A1249 | 石涛（清） | 墨笔梅竹图轴 | Shitao | Bamboo & Plum | AW |
| 29 | H 0703/S | JBG | 唐寅 六如（明） | 谅露梧桐山水轴 | Tang Yin | Dew on Tong Tree Landscape | AW |
| 30 | H 0204/S |  | 唐寅 六如（明） | 驚泉出壑图轴 | Tang Yin | Swift Stream beneath an Ancient Pine | AW |
| 31 | D 1101/B | F6017 | 王鐸（清） | 觉斯为子升草书诗卷 | Wang Duo | Poem Dedicated to Zisheng | AW |
| 32 | H 0408/S | A1232 | 王鑑（清） | 仿明唐溪山仙馆图轴 | Wang Jian (Liangzhou) | Mountain Creek & Pavilion iSo Minxi | AW |
| 33 | H 0610/S | A1319 | 王原祁 麓台（清） | 为允哲写墨笔画山水轴 | Wang Yuanqi | Lndscp River along Low Mtn for Yun Zhe | AW |
| 34 | H 0713/S | A1218 | 王原祁 麓台（清） | 吼山胜概图轴 | Wang Yuanqi | Grand Mountain Landscape | AW |
| 35 | H 1112/S | A1196 | 文徵明（明） | 霸桥句图雪景山水轴 | Wen Zhengming | Watching Stream from Bridge | AW |
| 36 | H 0314 | A1211 | 吴仓石 | 芭蕉顽石图 | Wu Cangshi | Rock & Banana Tree | AW |
| 37 | H 0501/S | A1255 | 吴伟（明） | 小仙松阴高士图轴 | Wu Wei | Scholar under a Pine Tree | AW |
| 38 | H 0309/S | A1193 | 吴镇（元） | 野竹图轴 | Wu Zhen | Wild Bamboo | AW |
| 39 | H 0606/S |  | 吴镇（元） | 渔父圖軸 | Wu Zhen (Mei Daoren) | Solitary Fisherman | AW |
| 40 | H 1004/S | A1257 | 姚綬 雲東（明） | 松阴清話轴 | Yao Shou (Yun Dong) | Conversation Beneath the Pines | AW |
| 41 | D 0402/B | B2080 | 张崟（清） | 青山赋别图册卷 | Zhang Yin | Landscape 6 Painting mtd as One | AW |
| 42 | H 0504/S | A1327 | 张宗苍（清） | 山风影苍茫图轴 | Zhang Zongcang | Landscape | AW |
| 43 | H 1211/S | JBG?/A1325 | 赵松雪 孟頫（元） | 老子图轴 | Zhao Mengfu (Songxue) | Laozi and his Attendant under Pine Tree | AW |
| 44 | H 0706/S | A1052 | 赵松雪（元） | 云琴会图绢本轴後色山水 | Zhao Mengfu (Songxue) | Playing the Music Instrument | AW |
| 45 | H 1003/S | A1238 | 郑旼 慕倩（清） | 仿倪水墨山水图轴 | Zheng Min | Ink Landscape iSo Ni Zan | AW |
| 46 | H 0603/S | A1046 | 周臣（明） | 东村访友图轴 | Zhou Chen | Visiting Friends in East Village | AW |

*Andrew Wang* (signature)

**46 Pieces Received by Andrew Wang**

| # | KK# | SK# | Artist (Chinese) | Desc (Chinese) | Artist | Description | Initial |
|---|---|---|---|---|---|---|---|
| 1 | D 1802/B | B2081 | 弘仁（明） | 浙江溪山清远图卷 | Hong Ren | Mountain & Streams in the Clear Distance | YK |
| 2 | D 1502/B | B2013 | 华嵒 (新罗)（清） | 仿唐寅山水卷 | Hua Yan | Landscape iSo Tang Yin | YK |
| 3 | D 0101/B | B2045 | 黄公望 子久 （元） | 山水卷 | Huang Gongwang | Landscape | YK |
| 4 | A 0300/B | C3007 | 石涛（清） | 大滌子为禹氏画山水册十二 | Shitao | Landscape for Master Yu 12LAlbum | YK |
| 5 | D 1102/B | B2068 | 萧照 肖侍诏（宋） | 中兴瑞应图卷 | Xiao Shizhao | Story of Song Gaozhong Prosperity | YK |

*Yien-Koo Wang King* (signature)

**5 Pieces Received by Yien Koo Wang King**

KING 008149

ORIG