



《秋山行旅图》

Traveling in Autumn Mountains

郭熙
设色绢本/轴
纵140厘米 横96.5厘米

Guo Xi (Northern Song Dynasty)

