# Addendum Comparables Appendix

*Comparables for 13731.2 Retail Report*

*(organized by OTE #)*

WAG #: 13731/287392

OTE# 89 Anonymous Lu Ji

_____

*Comparable Auction Sales*

*Retail Sales*



**Lu Ji**

| | |
|---|---|
| Title | Pheasant amongst trees and rocks |
| Medium | Ink with Color on Silkon scroll |
| Size | Height 76.8 in.; Width 39.4 in. / Height 195 cm.; Width 100 cm. |
| Misc. | Signed, Stamped |
| Sale of | Christie's Hong Kong: Monday, October 29, 2001 [Lot 00349] |
| | Fine Classical Chinese Paintings and Calligraphy |
| Estimate | 120,000 - 150,000 HKD |
| | (15,384 - 19,230 USD) |
| Sold For | 117,500 HKD Premium |
| | (15,064 USD) |

Source: Artnet.com



**Lu Ji**

| | |
|---|---|
| Title | Birds in a bamboo grove |
| Medium | ink on silk, on scroll |
| Size | Height 65 in.; Width 32.5 in. / Height 165 cm.; Width 82.5 cm. |
| Misc. | Stamped |
| Sale of | Christie's Hong Kong: Sunday, October 31, 2004 [Lot 00309] Fine Classical Chinese Paintings and Calligraphy |
| Estimate | 50,000 - 60,000 HKD 🔽 (6,423 - 7,708 USD) |
| Sold For | 119,500 HKD Premium 🔽 (15,353 USD) |

Source: Artnet.com



**Lu Ji**

| | |
|---|---|
| Title | Plum blossom and birds |
| Medium | ink and color, on silk scroll |
| Size | Height 67.5 in.; Width 41.9 in. / Height 171.5 cm.; Width 106.5 cm. |
| Misc. | Signed, Stamped |
| Sale of | Christie's Hong Kong: Monday, May 28, 2007 [Lot 00742] |
| | Fine Classical Chinese Paintings and Calligraphy |
| Estimate | 300,000 - 400,000 HKD |
| | (38,363 - 51,151 USD) |
| Sold For | 420,000 HKD Premium |
| | (53,708 USD) |

Source: Artnet.com

WAG #: 13731/287414

OTE# 90 Huang Shen

_____

*Comparable Auction Sales*

*Retail Sales*



**Huang Shen**

| | |
|---|---|
| Title | 拈花老人图 |
| Description | 编号:73 黄 慎（1687~约1770） 拈花老人图 设色纸本 立轴 1744年作 款识： 吞云作雾遍天涯，不问人间路几赊。摄着草鞋霜雪健，手中都是十洲花。乾隆九年六月写于芝山堂，宁化黄慎。 钤印: 黄慎（白） 瘿瓢（朱） 作者简介: 黄慎，初名盛，字公懋、躬懋，康熙六十年更名慎，雍正四年改字恭寿，别号瘿瓢山人，简称瘿瓢、瘿瓢子，东海布衣、苍玉洞人、胡涂居士等，福建宁化县人，定居扬州。工诗，善草书，尤擅人物、花鸟、山水，早年工笔人物，受上官周影响，气象雄伟，自创一格，对后世人物画影响很大。山水取法倪、黄，写意花卉神韵生动，得荒率之致。擅长草书，学怀素兼取孙过庭、颜鲁公笔法，自辟蹊径，形成独特风格。为"扬州八怪"之一。 |
| Medium | Ink and color on paper, hanging scroll |
| Year of Work | 1744 |
| Size | Height 65.7 in.; Width 31.3 in. / Height 167 cm.; Width 79.5 cm. |
| Misc. | Inscribed |
| Sale of | XiLingYinShe Auction Co. Ltd.: Friday, January 2, 2009 [Lot 00073] 中国书画古代作品专场（清代） |
| Estimate | 400,000 - 600,000 CNY ⊙ (58,615 - 87,923 USD) |
| Sold For | 616,000 CNY Premium ⊙ (90,268 USD) |

Source: Artnet.com



**Huang Shen**

| | |
|---|---|
| Title | 麻姑献寿图 (Goddess Magu) |
| Description | 黄慎 |

立轴 设色纸本

钤印:黄慎、恭寿（参见《中国书画家印鉴款识·黄慎》第23、34印，1143页）

鉴藏印:超英珍藏、兰石鉴、芸皋鉴赏、东谷鉴赏、西邨鉴赏、雪杭鉴、另两方漫漶不识

题识:十二碧城聪第几，鸾车绣摇摇凤尾。七月七日降人间，酒行百斛歌乐岂。矜相狡狯试经家，长枪顷刻成丹砂。长春六铁历寒暑，顶分双髻学林鸦。花香玉馔擘麟脯，千载蟠花献紫府。不知此去又何年，咨尔方平总真主。珊瑚铁网海已枯，桑田白景更须臾。况赌蓬壶经■浅，御风天外舞凭虚。宁化黄慎写。

2."聚墨留香—攻玉山房藏中国古代书画展"，香港大学美术博物馆，2004年3月27日－6月6日。

黄慎，字躬懋，又字恭懋，号瘿瓢。福建宁化人，寓居扬州。他的诗文及书法均自学成家，绘画专攻人物画，间画山水、花鸟，后来以人物画闻名，兼勤读诗书及研习书法。他早年师从著名的福建画家上官周（1665-1744），后融合书法与绘画，以狂草笔法入画。他成熟时期的绘画，在用笔方面，与他的书法很相似，笔法别具一格，自成面目。

麻姑是女性寿神，传说中麻姑曾"见东海三为桑田"，可见她的寿长，因此以麻姑比喻吉祥长寿。民间相传农历三月三日王母寿辰，举行蟠桃盛会，麻姑特在绛珠河畔用灵芝酿酒，献给王母作贺礼。谓之"麻姑献寿"。以麻姑进爵为题材的麻姑献寿图一般多用作妇女寿辰时的贺礼。传说中的麻姑面目清秀，但是双手似鸟爪，此幅正是一例。画中麻姑身穿阔袖衣，左手持酌，左侧立一仙鹿。在中国书画中，唐代颜真卿（709-785）遗有楷书麻姑仙坛记，至明清两代麻姑更是常见的人物画题材，著名传世作品包括石涛（1642-1707）所绘麻姑图和小楷麻姑仙坛记，以及任薰（1835-1893）、任颐（1840-1895）和齐白石（1864-1957）作的麻姑献寿图等。而在黄慎传世的作品中，最少有五幅是以麻姑为题材的绘画。

| | |
|---|---|
| Medium | ink and color on paper, on scroll |
| Size | Height 69.5 in.; Width 36.2 in. / Height 176.5 cm.; Width 92 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | China Guardian Auctions Co., Ltd.: Saturday, November 5, 2005 [Lot 01759] |
| | The Gong Yu Shan Fang Collection of Classical and Modern Paintings and Calligraphy |
| Estimate | 150,000 - 200,000 CNY ⊘ |
| | (18,551 - 24,735 USD) |
| Sold For | 473,000 CNY Premium ⊘ |
| | (58,498 USD) |
| Exhibition | 1."乾隆时代绘画展"，香港，1986年。 |
| Literature | 1.《乾隆时代绘画展》（图录）图55，香港，1986年。 |
| | 2.《聚墨留香—攻玉山房藏中国古代书画》图19，香港大学美术博物馆，2004年出版。 |

Source: Artnet.com



**Huang Shen**

| | |
|---|---|
| Title | Playing qin, celebrating the festive event |
| Description | HUANG SHEN (1687-1770) |
| | Playing Qin - Celebrating the Festive Event |
| | Hanging scroll, ink and colour on paper |
| | 176.5 x 88 cm. (69 1/2 x 34 5/8 in.) |
| | Inscribed and signed with three seals of the artist |
| | Dated spring, third month, nineteenth year of the Qianlong era (1754) |
| | Titleslip by Wang Zhen (1867-1938) |
| Medium | ink and color, on scroll |
| Size | Height 69.5 in.; Width 34.6 in. / Height 176.5 cm.; Width 88 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Christie's Hong Kong: Monday, May 26, 2008 [Lot 01265] |
| | Fine Chinese Classical Paintings & Calligraphy |
| Estimate | 300,000 - 400,000 HKD ☺ |
| | (38,453 - 51,271 USD) |
| Sold For | 367,500 HKD Premium ☺ |
| | (47,105 USD) |

Source: Artnet.com

WAG #: 13731/287425
OTE# 110 Mo Shilong
_____

*Comparable Auction Sales*

*Retail Sales*



**Mo Shilong**

| | |
|---|---|
| Title | 行书大鹏赋 (Running script calligraphy) |
| Description | **莫是龙** |
| | 手卷 纸本 |
| | 款识:癸未仲春既望石湖舟中酒次兴书。云卿。 |
| | 钤印:莫氏廷韩（白文） |
| | 鉴藏印:吴兴茅佐卿赏鉴之印（朱文）、芥寄所藏（朱文） |
| | 录文:略。 |
| Medium | ink on paper, on handscroll |
| Year of Work | 1583 |
| Size | Height 9.3 in.; Width 188.4 in. / Height 23.5 cm.; Width 478.5 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Sungari International Auction: Sunday, June 8, 2008 [Lot 01353] |
| | Special Auction of Classical Chinese Calligraphy |
| Estimate | 150,000 - 300,000 CNY |
| | (21,666 - 43,332 USD) |
| Sold For | 168,000 CNY Premium |
| | (24,266 USD) |

Source: Artnet.com

1513 行书题小米云山卷 镜心 纸本  ★收藏   分享到：

图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 莫是龙 | 尺寸 | 22.5×29cm |
| 作品分类 | 中国书画>书法 | 创作年代 | 暂无 |
| 估价 | RMB  45,000-55,000 | | |
| 成交价 | RMB  106,400   HKD  119,551   USD  15,200   EUR  9,806 | | |
| 专场 | 历代法书专场 | 拍卖时间 | 2008-05-23 |
| 拍卖公司 | 北京匡时国际拍卖有限公司 | 拍卖会 | 2008春季艺术品拍卖会 |
| | 出版：《宋元明清法帖墨迹》P47，上海书画出版社，2008年。 | | |
| | 钤印：月明人静 | | |
| | 鉴藏印：山舟、檀柳鉴赏 | | |
| 说明 | 释文：余携得小米云山一卷，笔气特奇。每出长安道中，触风沙马首西还，偃仰箕踞，展卷一过，便令衣襟间尘色顿尽。兹复得观此卷，苍润高古，神意变幻。不但传衣弄媚，顾其目中已无虎儿矣。古人聊略弄嚣，自入妙境，不可到也。孟秋二日雨后，望西山爽色，遂不知化工为奇。华亭莫云卿题。<br>备注：梁同书跋：王心初题频罗馆主同书观，时年政八十。<br>莫是龙，莫如忠子，因得米芾"云卿"二字石刻，更字为云卿，八岁读书，十岁属文，下笔立就，因有"圣童"之称。<br>此幅题《米友仁云山图卷》跋，文词雅洁，书法流美娟秀，点画虽细瘦，却能微别"坚西淮"的无却薄之媾，诚如刘熙载论书所言，因有骨，故具"黑�软之力"，因有韵，故有"含忍之力"，通篇工稳中寓历落之趣，提锲分明中显秀逸之美，或许是小米的云山之美将书家带入了"苍润高古、神意变幻"(引本跋句)的慰游意境，或许是老米"云卿"的健笔给书家带来了"振迅天真，出于自然"和作书需"如一佳士"灵感，故使这幅题跋呈现出书文并美的妙境。<br>(沈羽方)  (原载于《宋元明清法帖墨迹》) |

Source: Artron.net

0598 行书 立轴 纸本藏经  ★收藏  分享到：

图片中的放大镜，支持鼠标滚轮缩放区域大小



中国书

1-5/12

**拍品信息**

| 作者 | 莫是龙 | | 尺寸 | 73×30cm |
|---|---|---|---|---|
| 作品分类 | 中国书画>书法 | | 创作年代 | 暂无 |
| 估价 | RMB  200,000-400,000 | | | |
| 成交价 | RMB  385,000 | | HKD  437,500 | |
| | USD  57,750 | | EUR  42,350 | |
| 专场 | 中国书画专场 | | 拍卖时间 | 2008-12-14 |
| 拍卖公司 | 中鼎国际拍卖有限公司 | | 拍卖会 | 2008年秋季艺术品拍卖会 |
| 说明 | 款识：张中丞曦峨先生侍养智还蜀中，召榼幕府，深夜留遗，诘朝呈谢，莫是龙书。<br><br>印文：云卿父（白文）、莫是龙印（白文）、栖凤馆（白文）<br><br>鉴藏印：吕仙心文（白文）、大雅山房（朱文） | | | |
| 说明 | 录文：中丞体明德，芳轨驾时英，出符帝心简，授钺扬霜旌。乘寅肃庙服，开府藁旧京，武卫既已周，文教亦云明，乃弘上宰度，颜采编人贞。余猿图泥潭，旅进躏谁生，一颂蒙甄知，眷心国士称。下愧或忘责，略分由敦情。入幕，秦嘉招，尊道向我骄，岂无绮夜娱，会有万里行，马过楚山，捧舆恋锦城、修版青天倶，飞栈丹棣横。世路更险胡，蜀道乃夷平，感适非一途，庶翰渥欲盈。<br><br>说明：△莫是龙，明，字廷韩，云卿，秋水，后明，鹤山樵，贞一道人，视垦居士，云龙山人，玉关山人，上海松江人。工诗古文辞无不精通。书法钟、王及米，小楷精工，行草豪逸有态。△金坛山藏经纸。<br><br>王世贞评："行草豪逸有态"。现这件行草轴确有豪逸之气，笔墨挥洒自如，隐约透露出师法米芾的痕迹。<br><br>明代中后期由文、祝为首的吴门书派曾是书坛的核心。董其昌出，此核心东移华亭，莫是龙亦是华亭派中的皎皎者。董其昌曾说："父子书家，自羲、献后，有欧阳询、欧阳通，徐峤之、徐浩。本朝则吾都莫方伯与其子廷韩耳。"他还赞莫云卿的书法道："廷韩则风流跌宕，俊爽多姿，酝酿诸家，匠心独妙"，所评应无虚言。 |

Source: Artron.net

WAG #: 13731/287463
OTE# 124 Xia Chang
_____

*Comparable Auction Sales*

*Retail Sales*



**Xia Chang**

| | |
|---|---|
| Title | Bamboo |
| Medium | ink on paper, on scroll |
| Size | Height 61 in.; Width 29.1 in. / Height 155 cm.; Width 74 cm. |
| Sale of | Beijing Jiuge Auctions Co., Ltd.: Tuesday, June 30, 2009 [Lot 00211] Chinese Paintings and Calligraphy (I) |
| Estimate | 400,000 - 420,000 CNY ⊙ (58,527 - 61,453 USD) |
| Sold For | 448,000 CNY Premium ⊙ (65,550 USD) |

Source: Artnet.com

### 566 君子清节图 立轴 水墨纸本

⊕ "图片中的放大镜，支持鼠标滚轮缩放区域大小



中国古代

1-5/125

**拍品信息**

| | | | |
|---|---|---|---|
| 作者 | 夏㫤 | 尺寸 | 113×42cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB 250,000-350,000 | | |
| 成交价 | RMB 506,000 | HKD | 472,897 |
| | USD 61,111 | EUR | 48,329 |
| 专场 | 中国古代书画 | 拍卖时间 | 2004-04-16 |
| 拍卖公司 | 敬华（上海）拍卖股份有限公司 | 拍卖会 | 2004春季艺术品拍卖会 |

| | |
|---|---|
| | 签条：夏仲昭清节图，文彜轩珍玩，隴题 |
| | 钤印：里堂(白文) |
| | 款识：仲昭 |
| | 钤印：夏氏仲昭印(白文)游戏翰墨(白文) |
| | 画跋一：车辅海洪波立，黑魔黄长尾湿，梦随逐客过郴州。冲散湘江神女泣，南国英才忘积习，醉倾一斗金壶汁，舞凤回鸾夸化机，笔端爽气森森入，速我开轩作强梅，昂首摄齐如赴急，笑挥珍袖拂云笺，飞霜晻昏几误拈，策策虚檐撼短笠，碧天清露和秋吸，砚池惊起蛟龙蛰，东谷汤鼠绩。 |
| | 钤印：汤氏巍绩(朱文)公让(白文) |
| | 画跋二：此君不独寂平安。高节终同守岁寒，寄语伶伦休剪伐，长材留我钓鳌竿。予友顾君叔明以夏考功所写墨君持赠，石亭真主者然闯阑人以言君子也。今叔明以君子赠君子，尤患予赠画之君子。予赋诗于君子之左，亦托交于君子者也。噫，以君子之道相知，何患乎岁寒之不相守耶，时正统十年夏五月初。吉，吴郡汤衡士平识 |
| | 钤印：存心堂(白文)汤(白文)中山(朱文)义门之交(白文) |
| | 画跋三：舍人退食风池头，两袖天风冷似秋，清兴满怀无着处，珖?嵇段??簪?字韬Xlibr>钤印：大年(朱文)彝金之贵(白文) |
| | 藏印：澄江冥苇铭收藏书画印(朱文)雪居(白文) |
| 说明 | 说明：1. 汤凤绩：豪州人字公让，号东谷车轩。参见《明人室名别号字号索引》P445。 |
| | 2.收藏印"雪居"即孙克弘(1533-1611)，字允执，号雪居，松江人，字知汉翊知府。善山水、花鸟、人物。—《中国美术家人名大辞典》P681。 |

Source: Artron.net

## 0651 嶰谷清风图 立轴 水墨纸本

★ 收藏　　分享到：

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小



中国古代

1-5/12

### 拍品信息

| 作者 | 夏㫤 | | 尺寸 | 64×136cm |
| --- | --- | --- | --- | --- |
| 作品分类 | 中国书画>绘画 | | 创作年代 | 暂无 |
| 估价 | 咨询价 | | | |
| 成交价 | RMB　15,400,000 | HKD　14,528,302 | | |
| | USD　1,859,903 | EUR　1,425,926 | | |
| 专场 | 中国古代书画专场、文苑英华专场 | | 拍卖时间 | 2005-06-30 |
| 拍卖公司 | 上海崇源艺术品拍卖有限公司 | | 拍卖会 | 2005春季大型艺术品拍卖会·第二场 |
| 说明 | 题签：明夏仲昭嶰谷清风图。吴湖帆题签。钤印：湖帆<br><br>画心：嶰谷清风。太常卿夏㫤仲昭写。钤印：夏氏仲昭印、游戏翰墨<br><br>鉴藏印：海昌钱镜塘藏、数青草堂<br><br>说明：夏㫤（1388-1470）是明代的画竹名家，擅画墨竹，以精深的功力和独树一帜的艺术风格名重一时，声施域外。明时有"夏卿一个竹，西凉十锭金"之誉，又有俗谚云："林良吕纪毛羽翎，岳正葡萄计礼葡，他画竹初师王绂，后融会吴镇、倪瓒画法，形成自己的风格。其画法讲究法度，结构严谨，起笔收笔均以楷法出之，既能笔墨厚重，又不乏潇洒清润之姿，他善于将墨竹置于自然环境中加以描述，在竹画中融入山水画的笔墨意境，"㫤之以洲渚，加之以风雨"，使画面更显浩浩落落，气势恢宏。他特别强调气韵，主张一气呵成，"画巨幅尤须如此"。此幅竹石图所绘湖石一柱，风竹数杆，竹叶落墨即是，不见复笔，湖石以淬臂皴横写，从着至尾，气脉通连，浑然一体，画端自题"嶰谷清风"。所谓"嶰谷"，是神话传说中出产佳竹之处，相传其地在昆仑山的北面。画面的下部，则有近代著名收藏鉴定家钱镜塘先生的两枚藏藏章，一为"海昌钱镜塘藏"，一为"数青草堂"。画轴外签则是著名画家、鉴定家吴湖帆的题签"明夏仲昭嶰谷清风图"。两大著名鉴定家为此图护驾，其珍信可知。按此图原为上海文物商店所藏，曾著录于《中国古代书画图目》第十二册第127页，图图册的记载，1986年时，此图曾经中国古代书画鉴定组七位专家共同审定，在书后附录的《中国古代书画目录》中，关于此图的记载说明各位专家均一致认为此图属真迹，无任何存疑。 |

Source: Artron.net

*1528 奇峰耸翠 立轴 绢本   ★ 收藏   分享到：

🔍 图片中的放大镜。支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 夏昶 | 尺寸 | 137×68cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | 无 底 价 | | |
| 成交价 | **RMB   616,000** | HKD   699,205 | |
| | USD   92,400 | EUR   67,760 | |
| 专场 | 中国书画（六） | 拍卖时间 | 2009-12-20 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | 拍卖会 | 嘉德四季第二十期拍卖会 |
| 说明 | 题识：奇峰耸翠。太常卿夏昶写。 钤印：夏杲图书、东海徐元玉父、武功 夏昶，幼小家贫，继舅父改姓朱，后复夏姓，明太宗为之更名昶，字仲昭，号自在居士，又号玉峰，江苏昆山人。永乐十三年登进士，后授庶吉士，因善书法，于永乐二十年授中书舍人。又升为吏部考功主事、江西瑞州知府、太常寺少卿。善画墨竹。 | | |

Source: Artron.net

WAG #: 13731/287409
OTE# 131 Fang Congyi
_____

*Comparable Auction Sales*

*Retail Sales*

0317 元 云山图   ★ 收藏   分享到: 🔗 ➕

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 方从义 | 尺寸 | 61.6×31.8cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 元 |
| 估价 | HKD  240,000-300,000 | | |
| 成交价 | RMB  306,876   HKD  286,800<br>USD  36,769   EUR  31,548 | | |
| 专场 | 中国古代书画 | 拍卖时间 | 2004-04-25 |
| 拍卖公司 | 佳士得香港有限公司 | 拍卖会 | 2004年春季艺术品拍卖会 |
| | 款识: 金门羽客君盘。<br>钤印: 方壶书印, 金门羽客<br>鉴藏印: 朱之赤 (17世纪) : 休窗朱之赤珍藏图书;<br>张大千 (1899-1983) ; 大千好梦, 南北东西只有随无别离、球图宝骨肉情 (裱边) 、大风堂珍玩 (裱边)<br>其他: 方口口逸; 一印不辨 | | |

Source: Artron.net

1135 洪武丁巳（1377年）作 云林钟秀 手卷 水墨纸本　★ 收藏　分享到：

图片中的放大镜。支持鼠标滚轮缩放区域大小



## 拍品信息

| 作者 | 方从义 | | 尺寸 | 24×105cm |
|---|---|---|---|---|
| 作品分类 | 中国书画>绘画 | | 创作年代 | 洪武丁巳（1377年）作 |
| 估价 | RMB  380,000-480,000 | | | |
| 成交价 | RMB  425,600 | HKD  483,636 | | |
| | USD  62,313 | EUR  46,111 | | |
| 专场 | 中国古代书画 | | 拍卖时间 | 2008-11-11 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | | 拍卖会 | 中国嘉德2008秋季拍卖会 |
| | 著录：清·高士奇，《江村销夏录》卷一，见《中国书画全书》第七册1006页，上海书画出版社，2000年出版。 | | | |

钤印：不芒道人、方壶书印、周大夫方叔之印、墨池清兴

题识：云林钟秀。方方壶画。

洪武丁巳作方壶子作，遗邓止庵还朝。

后纸沈周（1427-1509）跋：上清仙子本天仙，下谪来修水墨缘，闻道琵琶吟头月，照归黄鹤又千年。此图方壶先生所作，用米氏之法，将化雨入神矣。观之正不知何为笔？何为墨？必也，心与天游者始可诎此。先生斓化已久，遗迹在人间，如可想见其风骨，敬题是绝，少寄仰止云，后学沈周。钤印：启南，石田、白石翁

又后纸：1.高士奇（1645-1703）跋：自昔爱名山，归来偿昔历。当湖乃水乡，岑岫杳难觌，旧迹见方壶，下笔兴清澈。层峰乱树，荒溪倚芦获，湍泞云烟生，苍翠浑欲滴。雪窗时卷舒，道路悦可适，因之惜静理，万事如破的。江花开迟迟，山鸟啼寂寂，聊此额心胸，无劳图宗璧。阖户本寡营，尘樽安用涤，康熙辛未（1691年）正月廿日，拖瓢高士奇题。钤印：士奇·高澹人、竹窗（1印参见《中国书画家印鉴款识·高士奇》56印，799页）

2.汪云凌题：乾隆庚子（1780年）孟夏月，泛槎汪云凌拜观。钤印：汪云凌印

鉴藏印：高士奇图书记、菊涧、关氏琉印、权宛珍藏、受贽乐斋珍藏、郭氏权宛楼藏（1印参见《中国书画家印鉴款识·高士奇》50印，799页）

Source: Artron.net

0473 秋林草堂图 手卷 水墨纸本   ★收藏   分享到：

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 方从义 | 尺寸 | 27.5×57.5cm; 31.5×57.5cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB  160,000-250,000 | | |
| 成交价 | RMB  179,200 | HKD  188,632 | |
| | USD  22,945 | EUR  17,449 | |
| 专场 | 中国书画古代作品专场（明代及明以前） | 拍卖时间 | 2007-12-19 |
| 拍卖公司 | 西泠印社拍卖有限公司 | 拍卖会 | 2007年秋季艺术品拍卖会 |
| 说明 | 钤印：壶（朱） | | |
| | 隔界签条：方从义山水手卷。丁酉夏日，小蓬陈元谦题签。 | | |
| | 签条：元方方壶山水真迹，宝熙审鉴题签。钤印：沈闇（朱） | | |
| | 跋文：乱道口占五十六字，不过写张茂叔贺亦足写勉府纸墨恐，后学陈召麐。主人心底妙经纶，筑室为堂眼界新。前后虽无三亩地，包藏却有四时春。奇花芳草供幽兴，暗月清风更可人。好向寿中高着力，颜之一字即天真。 | | |
| | 鉴藏印：得趣草堂藏画（朱）宝熙鉴定（朱）沈鑫二十年精力所聚（白） | | |
| | 说明：清宝熙题签。 | | |
| | 作者简介：方从义，字无隅，号方壶、金门羽客、鬼谷山人、不芒道人，江西贵溪人，龙虎山上清宫道士。至正初年游遍天下名山大川，结交寰公望等名士，�périe觉虎画，工诗文、古篆、隶书草草、擅山水，师董巨、赵孟俯、高克恭，超尘绝俗，千态万状，浑然天成，而超出乎丹青超妙之外。 | | |
| | 藏家简介：宝熙（清），满洲正黄旗人，爱新觉罗氏，字瑞臣、瑞丞，号沈鑫，室名独醒盦。光绪十八年进士。历任编修、侍读，同治帝即位后，命在军机大臣上行走，并充总理各国事务大臣，擢户部尚书，拜体仁阁大学士。光绪间官至武英殿大学士。工诗文，善书法。 | | |
| | 题签者简介：陈元谦［明末清初］，字小蓬，广东揭阳人。官至江西萍乡知县，今广东名胜，西谯庵即由其主持修建。 | | |
| | 跋者简介：陈召麐，生卒年里不详，江西龙虎山道士，工诗文，善书法。 | | |

Source: Artron.net

WAG #: 13731/287428
OTE# 134 Ni Zan
_____

*Comparable Auction Sales*


*Retail Sales*



**Ni Zan**

| | |
|---|---|
| Title | Sparse forest on lake's edge |
| Description | **NI ZAN (1301-1374, ATTRIBUTED TO) |
| | *Sparse Forest on Lake's Edge* |
| | Hanging scroll; ink on paper |
| | 20 5/8 x 13 1/8 in. (52.4 x 33.3 cm.) |
| | Inscribed with a poem and signed "Ni Zan of Dong Hai", dated the 29th day of the tenth month of *jiachen* year of the Zhizheng reign period (1364), with one seal |
| | Seven collectors' seals, including those of Pan Zhengwei (1821-1861) and Zhang Heng (1914-1963) |
| Medium | ink, on scroll |
| Size | Height 20.6 in.; Width 13.1 in. / Height 52.4 cm.; Width 33.3 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Christie's New York: Wednesday, March 18, 2009 [Lot 00337] |
| | Fine Chinese Art from the Arthur M. Sackler Collections |
| Estimate | 30,000 - 50,000 USD ⊙ |
| Sold For | 122,500 USD Premium ⊙ |
| Provenance | The Estate of C.T. Loo; Parke-Bernet Galleries, New York, 10-11 October 1962, lot 426 |

Source: Artnet.com

  

 

**Ni Zan**

| | |
|---|---|
| Title | Small script calligraphy |
| Medium | Brush and Ink |
| Misc. | Signed |
| Sale of | Christie's Hong Kong: Sunday, April 30, 1995 [Lot 00099] |
| | Fine Chinese Classical Paintings & Calligraphy |
| Estimate | 1,500,000 - 1,800,000 HKD ⊙ |
| | (193,773 - 232,528 USD) |
| Sold For | 3,320,000 HKD ⊙ |
| | (428,885 USD) |

Source: Artnet.com

## 1767 丁丑（1697年）作 仿倪瓚山水 手卷 水墨纸本

★收藏    分享到：

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小　✕



攻王

65-

### 拍品信息

| 作者 | 王翬 | | 尺寸 | 22.7×145.2cm |
| 作品分类 | 中国书画>绘画 | | 创作年代 | 丁丑（1697年）作 |
| 估价 | RMB    600,000-800,000 | | | |
| 成交价 | **RMB    1,650,000** | HKD    1,556,604 | | |
| | USD    199,275 | EUR    152,778 | | |
| 专场 | 攻玉山房藏中国古代暨近现代书画 | | 拍卖时间 | 2005-11-05 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | | 拍卖会 | 中国嘉德2005秋季拍卖会 |
| | 著录：《聚墨留香—攻玉山房藏中国古代书画》图10，香港大学美术博物馆，2004年出版。 | | | |
| | 钤印：王翬之印、石谷、王翬之印、苍江白发、澄怀馆印（1、2、5印参见《中国书画家印鉴款识·王翬》40、36、66印，96页） | | | |
| | 鉴藏印：小玲珑山馆、马曰璐印、乐庵鉴赏、丛书楼、丛书楼珍藏、七峰草亭、马曰璐、篝灯水阁、种学斋、蒋祖诒、谷孙鉴藏 | | | |
| | 题识：镇山无锡是无兵，怪得云林不再生。但有烟霞琴骨趣，须知我法不同卿。剩水残山好卜居，差怜院体过江余，谁知尔镫鱼虫笔，一一毫端百卉苏。仿倪元镇山水，因书董文敏题句，丁丑长夏，海虞王翬。 | | | |
| | 后倪马曰璐录元倪林人绝句十首，款署"耕烟山水无莫不臻，而仿仿云林一派尤极萧疏之趣。此卷临董临仿仗，更为耕烟画中之致佳者，因书元明人绝句十首于后，不别题赘词也。戊辰（1748年）清和月，半槎主人马曰璐识于七峰草亭。钤印：马曰璐、七峰草亭、消受扬州廿四桥、半槎 | | | |
| | 题签：耕烟出人仿云林山水并录思翁题句。小玲珑山馆马氏珍藏。 | | | |
| 说明 | 展览："聚墨留香—攻玉山房藏中国古代书画展"，香港大学美术博物馆，2004年3月27日－6月6日。 | | | |
| | 此画是王翬晚年时仿倪瓒的作品，技法精巧，工整秀丽。 | | | |
| | 马曰璐（1711-1799年），字佩兮，号半槎道人，安徽祁门人，久居扬州，与其兄因收藏而被称作"扬州二马"。经营盐业，但雅好书画、典籍，所筑"小玲珑山馆"藏书号为江北第一。 | | | |

Source: Artron.net

WAG #:13731/287418
OTE# 143 Liang Kai
_____

*Comparable Auction Sales*

*Retail Sales*

## 0209 南宋 月夜飞雁 轴  ★ 收藏   分享到：

图片中的放大镜，支持鼠标滚轮缩放区域大小  ×



### 拍品信息

| | | | |
|---|---|---|---|
| 作者 | 梁楷 （传） | 尺寸 | 34×59cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 南宋 |
| 估价 | HKD   400,000-500,000 | | |
| 成交价 | 流拍 | | |
| 专场 | 1999秋季拍卖会·中国古代书画 | 拍卖时间 | 1999-11-01 |
| 拍卖公司 | 佳士得香港有限公司 | 拍卖会 | 1999秋季拍卖会 |
| 说明 | 款识：梁楷 | | |

Source: Artron.net



**Attributed To Liang Kai**

| | |
|---|---|
| Title | Hui'neng cutting bamboo |
| Medium | Ink on Silkon scroll |
| Size | Height 45.6 in.; Width 19.8 in. / Height 115.7 cm.; Width 50.4 cm. |
| Misc. | Signed, Stamped |
| Sale of | Christie's Hong Kong: Sunday, July 6, 2003 [Lot 00430] |
| | Fine Classical Chinese Paintings and Calligraphy |
| Estimate | 300,000 - 400,000 HKD ⊙ |
| | (38,466 - 51,288 USD) |
| Sold For | Bought In |

Source: Artnet.com



**Attributed To Liang Kai**

| | |
|---|---|
| Title | 泼墨仙人图 (Immortals in splashed ink style) |
| Description | 梁楷 |
| | 立轴 水墨纸本 |
| | 款识:梁楷。 |
| | 鉴题:吴镇，观风子泼墨精神为之一振，非神仙中人不知从何下笔。至正五年二月梅道人识。 |
| Medium | ink on paper, on scroll |
| Size | Height 41.3 in.; Width 17.3 in. / Height 105 cm.; Width 44 cm. |
| Misc. | Signed |
| Sale of | Poly International Auction Co., Ltd.: Wednesday, November 22, 2006 [Lot 01798] |
| | Chinese Acient Paintings and Calligraphy |
| Estimate | 50,000 - 80,000 CNY ☺ |
| | (6,350 - 10,161 USD) |
| Sold For | 55,000 CNY Premium ☺ |
| | (6,985 USD) |

Source: Artnet.com

0345 达摩尊者 立轴 水墨绢本  ★ 收藏  分享到：

🔍 图片中的放大镜。支持鼠标滚轮缩放区域大小



古代书

1-5/12

| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 梁楷 | 尺寸 | 106×55.5cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB  600,000-800,000 | | |
| 成交价 | RMB  605,000 | HKD  570,755 | |
| | USD  73,068 | EUR  56,019 | |
| 专场 | 古代书画 | 拍卖时间 | 2005-11-13 |
| 拍卖公司 | 东方国际拍卖有限责任公司 | 拍卖会 | 2005秋季"金融与收藏"拍卖会 |
| 说明 | 钤印: 宣天之宝、政和、杨氏家印 | | |
| | 说明: 陈宝琛题签。 | | |
| | 说明: 梁楷，生平年不详。祖上为东平（今属山东）人，居钱塘（今浙江杭州）。贾师古高足。工画人物、佛道、鬼神，兼善山水、花鸟，有出蓝之誉，宁宗时为画院待诏，并赐佩金带，性格豪放不羁，"嗜屋尊荣，一杯在手，笑傲王侯"。不耐画院规矩，将金带悬壁，离职而去，人称"梁风（俗）子"。其画分二体：一曰"细笔"，宗法唐代吴道子、北宋李公麟，衣褶用尖笔作细长描绘，转折劲利，称"折芦描"；一曰"减笔"，继承五代石恪，寥寥数笔，概括飘逸，对明清的徐渭、朱耷、原济、金农、李以及现代齐白石等有影响。 | | |
| | 梁楷早年人物画笔法工整，造型严谨，《八高僧图卷》中，人物面部勾画的线条工细柔和，形象富有个性特征，而衣纹的线描劲拔又有波折变化，画风比较接近日本收藏的梁楷《释迦出山图》。此件《达摩尊者》水墨绢本立轴，属梁楷早年画作，笔法整齐利索，用墨适宜。画家临空起意，别无旁衬，笔势突兀大胆，绘画内容以达摩高僧为主要对象，宣扬禅宗顿悟佛理和佛教轮回业缘等教义，画家通过巧妙的艺术构思，把宗教题材表现得通俗生动，饶有趣味。作品上押"政和"（宋徽宗内府收藏鉴赏印）、"宣天之宝"（清内府收藏印）等印，流传有序珍贵程度可见一斑。 | | |

Source: Artron.net

0851 砍竹图 立轴 水墨绢本  ★ 收藏　分享到：

๑˅ 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 梁楷 (款) | 尺寸 | 114×50cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB　120,000-150,000 | | |
| 成交价 | RMB　134,400　　HKD　152,554 USD　20,160　　EUR　14,784 | | |
| 专场 | 中国古代书画 | 拍卖时间 | 2009-12-21 |
| 拍卖公司 | 北京保利国际拍卖有限公司 | 拍卖会 | 第9期精品拍卖会 |
| | 题识：梁楷。 | | |
| 说明 | 来源：日本回流。 | | |

Source: Artron.net

WAG #: 13731/287404

OTE# 155 Wen Shu

_____

*Comparable Auction Sales*


*Retail Sales*



**Wen Shu**

| | |
|---|---|
| Title | Flowers (album w/ 10 leaves) |
| Description | WEN SHU(1595-1634) |
| | Flowers |
| | Album of ten leaves, ink/ink and colour on paper |
| | 14.6 x 20.1 cm. (5 3/4 x 7 7/8 in.) |
| | Inscribed and signed by the artist |
| | Dated xinwei year(1631) |
| | Twelve seals of the artist |
| | One collector's seal of Xu Hangqing(1883-?) |
| Medium | ink and color |
| Year of Work | 1631 |
| Size | Height 5.7 in.; Width 7.9 in. / Height 14.6 cm.; Width 20.1 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Christie's Hong Kong: Monday, May 26, 2008 [Lot 01118] |
| | Masterworks of Chinese Paintings from Three Important Private Collections |
| Estimate | 500,000 - 600,000 HKD ⊙ |
| | (64,089 - 76,907 USD) |
| Sold For | 511,500 HKD Premium ⊙ |
| | (65,563 USD) |

Source: Artnet.com



**Wen Shu**

| | |
|---|---|
| Title | Flowers and birds in the style of song court (album w/8 leaves) |
| Medium | ink and color, on silk |
| Year of Work | 1631 |
| Size | Height 9.8 in.; Width 6.5 in. / Height 25 cm.; Width 16.5 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Christie's Hong Kong: Monday, November 27, 2006 [Lot 00621] Fine Classical Chinese Paintings and Calligraphy |
| Estimate | 280,000 - 320,000 HKD ☺ (36,006 - 41,150 USD) |
| Sold For | 336,000 HKD Premium ☺ (43,208 USD) |

Source: Artnet.com

WAG #: 13731/287410

OTE# 201 Gao Fenghan

_____

*Comparable Auction Sales*

*Retail Sales*

0547 1735年作 松龄富贵图 立轴 绢本　★ 收藏　分享到：

🔍 图片中的放大镜，支持鼠标滚轮滚放区域大小



1-5/

### 拍品信息

| 作者 | 高凤翰 | | 尺寸 | 176×58.5cm |
|---|---|---|---|---|
| 作品分类 | 中国书画>绘画 | | 创作年代 | 1735年作 |
| 估价 | RMB  300,000-400,000 | | | |
| 成交价 | RMB  369,600 | HKD  410,667 | | |
| | USD  52,800 | EUR  33,600 | | |
| 专场 | 中国书画 | | 拍卖时间 | 2008-04-30 |
| 拍卖公司 | 长风拍卖 | | 拍卖会 | 北京长风2008春季拍卖会 |
| 说明 | 款识：松龄富贵之图，雍正乙卯春三月作於西亭、南村居士翰。<br>印鉴：西园翰、凤翰印、五石砚。（鉴藏印：耕烟种墨、旧白云馆）<br><br>作者简介<br><br>高凤翰（1683－1748），原名翰，字仲威，号西园、南村、南阜、老阜、南阜老人、翠琴叟、息园叟、石颠老子、松懒道人、云阜老人、天禄外史、丁巳残人、尚左生。山东胶县人，清代傑出书画家，因其画不拘成法。寓扬州时与郑燮等友善，亦被归入"扬州八怪"，或列为"画中十哲"。自幼能诗画，诗宗陆游，画先从父，后从胶州李锴、淄州新秋水、安邱张氏父子等，早年即已成名，曾奉王世祯遗命，为私淑门人。19岁时，中秀才，后应乡试不第，雍正五年，应"贤良方正"特试，名列第一。雍正八年至十一年，以安徽歙县县丞遂试用，十一年，调安庆府监带守学官，后经两淮盐运使卢雅雨荐举，以县丞职任泰州坝监制，即卢见曾案，直至乾隆二年（1737），其间，曾往来於扬州、泰州两城，后因卢雅雨案牵连入狱3年，并染风痹，右臂病废，即以左手作画。写字、刻印，自号"尚左生"度遭人"瘦金"等。乾隆二年至六年，主要在扬州、苏州度过，曾借住卢雅雨未结束时的往处置妻子殁，以画画为生，乾隆六年，返故里，以养病为主，闲有画作，乾隆十三年卒，殁於家，葬於胶州西亭置粉。10年后，郑板桥为其书墓碑文。工书、画、草书圆劲，善山水、纵逸不拘於法，纯以气胜，兼北宋之遗深，元人之静逸。花卉亦奇逸得天趣，珊瑚，收藏至千张，皆自随，大半手持、究心蹂篆，印宗秦、汉、苍古朴茂，郑簋印章多出其手，并汇辑汉印约50000方，补充完成《砚史》，收集齐鲁先贤书画为《豪种之逢》3册，集本人诗稿2366首，分为6册、39卷，后人题为《南阜山人全集》。<br><br>作品赏析<br><br>此幅作品为高凤翰52岁所作。於绢本上以淡墨淡彩入画，故使此画质有宋画的庄重雄作之气，又具有元明画家轻松自如。优美淡雅之风。此作为画家病殁无笔即两年的巨制，甚是难得。画面多以青藤、白阳、八大之法入画，但又不拘古法，自辟蹊径。作品中牡丹笔墨饱满丰腴，奠永雅致，画面造型较为具象生动，是其此时的典型代表作品。—— 史秋莹 |

Source: Artron.net

*0512 1743年作 玉华竞瑞图 立轴 设色绢本   ★ 收藏   分享到: ⬜ ➕

⊞ 图片中的放大镜。支持鼠标滚轮缩放区域大小



| 拍品信息 | | | | |
|---|---|---|---|---|
| 作者 | 高凤翰 | | 尺寸 | 90×49.5cm |
| 作品分类 | 中国书画>绘画 | | 创作年代 | 1743年作 |
| 估价 | RMB  50,000-80,000 | | | |
| 成交价 | RMB   224,000 | HKD   251,685 | | |
| | USD   32,000 | EUR   20,645 | | |
| 专场 | 中国古代书画 | | 拍卖时间 | 2008-05-09 |
| 拍卖公司 | 北京翰海拍卖有限公司 | | 拍卖会 | 2008春季拍卖会 |
| | 钤印：凤翰印、左军司马 | | | |
| | 款识：乾隆八年癸亥秋八月二十有五日，南阜小弟高凤翰左手制并题。 | | | |

Source: Artron.net

## 1236 乾隆六年（1741年）作 梅石图 立轴 设色绫本  



图片中的放大镜，支持鼠标滚轮缩放区域大小



中国古代

1-5/125

| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 高凤翰 | 尺寸 | 114.7×43.5cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 乾隆六年（1741年）作 |
| 估价 | RMB  100,000-150,000 | | |
| 成交价 | RMB  224,000     HKD  254,545 USD  33,600     EUR  24,640 | | |
| 专场 | 中国古代书画 | 拍卖时间 | 2009-05-30 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | 拍卖会 | 中国嘉德2009春季拍卖会 |
| | 钤印：凤·翰（二次）、左军司马、归云（二次）、齐侘（1、2、4印参见《中国书画家印鉴款识·高凤翰》150、44、162印，817、821页） 题识：乾隆六年辛酉夏五月十八日写于维扬客舍。凤翰左手。 客帘画成，适魏老长兄学先生索余近制，检此奉赠，并再识前。弟翰左手并记。 鉴藏印：燕云亭乐山堂画记、哈氏秘极 | | | |

Source: Artron.net

\*1299 丁已（1717年）作 半亭对菊图 镜心 纸本　★ 收藏　分享到:

图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 高凤翰（款） | 尺寸 | 92×48cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 丁已（1717年）作 |
| 估价 | RMB　280,000-320,000 | | |
| 成交价 | RMB　313,600　　　　HKD　355,556 | | |
| | USD　47,040　　　　EUR　34,496 | | |
| 专场 | 中国书画二 | 拍卖时间 | 2009-06-28 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | 拍卖会 | 嘉德四季第十八期拍卖会 |
| | 题识：半亭对菊图。题寄胶州前使君方敬陈老先生教政。海陵天未路，遗汝寄殷勤。略识鬓眉旧，聊涂笔墨新。 | | |
| | 云龙随胜迹，雾豹愧残人。寥廓追今昔，回望一怆神。丁已。残人胶州高凤翰左手墨。 | | |
| | 钤印：遁、凤、翰、半亭半人、茶熟香温 | | |

Source: Artron.net

WAG #: 13731/287399

OTE# 202 Zeng Jing

_____

*Comparable Auction Sales*

*Retail Sales*



**Zeng Jing**

| | |
|---|---|
| Title | Portrait of L_ Dongbin |
| Medium | Ink on Silk |
| Size | Height 20.5 in.; Width 17.6 in. / Height 52 cm.; Width 44.7 cm. |
| Misc. | Signed |
| Sale of | Christie's New York: Wednesday, June 1, 1994 [Lot 00128] Fine Chinese Paintings |
| Estimate | 4,000 - 5,000 USD ☉ |
| Sold For | 4,370 USD Premium ☉ |

Source: Artnet.com

## 0216 PORTRAIT OF AN IMMORTAL ⭐ 收藏  分享到: 

☞ 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 曾鲸 | 尺寸 | 52×44.7cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | USD 4,000-6,000 | | |
| 成交价 | 流拍 | | |
| 专场 | 中国瓷器工艺品 | 拍卖时间 | 2006-03-30 |
| 拍卖公司 | 纽约苏富比有限公司 | 拍卖会 | 2006年艺术品拍卖会 |

Source: Artron.net

0101 吕仙像 立轴 绢本   ★ 收藏   分享到：

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小



### 拍品信息

| 作者 | 曾鲸 | 尺寸 | 51.5×44.5cm |
|---|---|---|---|
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB  100,000-120,000 | | |
| 成交价 | **RMB** 112,000    HKD  127,128<br>USD  16,800    EUR  12,320 | | |
| 专场 | 世家元气 华人重要藏家藏中国书画专场 | 拍卖时间 | 2009-12-16 |
| 拍卖公司 | 长风拍卖 | 拍卖会 | 北京长风2009秋季拍卖会 |
| | 款识：曾鲸敬写。<br><br>印鉴：波臣。<br><br>鉴藏印：王季迁家珍藏。<br><br>附属作品：佚名隶书题签条：曾波臣吕仙像。抱虚阁供养。<br><br>张允中边跋：（文略）张允中书并志。（钤印：山阴张允中鉴定书画） | | |
| 说明 | 流传：著名鉴藏家王季迁家藏。<br><br>曾鲸（1568-1650），字波臣。福建莆田人。寓居南京。明代著名画家。尤擅写照，创"波臣画派"，影响深远。一生多活动于杭州、桐乡、宁波、余姚、南京等地。擅画肖像，曾为董其昌、陈继儒、项子京、葛一龙、黄道周等不同身份、性格的人画肖像。 | | |

Source: Artron.net

WAG #:13731/287458

OTE# 218 Wang Yuanqi

_____

*Comparable Auction Sales*

*Retail Sales*



**Wang Yuanqi**

Title             Landscape after ancient master
Medium            Inkon scroll
Year of Work      1701-1701
Size              Height 34.3 in.; Width 17.7 in. / Height 87 cm.; Width 45 cm.
Misc.             Signed, Inscribed, Stamped
Sale of           Sotheby's Hong Kong: Monday, October 27, 2003 [Lot 00319]
                  Fine Chinese Paintings
Estimate          200,000 - 300,000 HKD ⊙
                  (25,796 - 38,694 USD)
Sold For          504,000 HKD Premium ⊙
                  (65,007 USD)

Source: Artnet.com



**Wang Yuanqi**

| | |
|---|---|
| Title | 仿吴镇山水 |
| Description | 王原祁 |
| | 立轴 绢本水墨 |
| | 钤印:王原祁印、麓台、扫花庵 |
| | 款识:己卯长夏为融翁年台仿梅道人笔，王原祁 |
| Medium | ink on silk, on hanging scroll |
| Year of Work | 1699 |
| Size | Height 33.9 in.; Width 20.5 in. / Height 86 cm.; Width 52 cm. |
| Misc. | Signed |
| Sale of | Sungari International Auction: Sunday, April 21, 2002 [Lot 00680] |
| | 2002春季拍卖会·中国书画（古代） |
| Estimate | 550,000 - 800,000 CNY ⊙ |
| | (66,525 - 96,764 USD) |
| Sold For | 638,000 CNY Premium ⊙ |
| | (77,169 USD) |
| Literature | 文物出版社出版《中国古代书画图目》12册72页沪7-0343 |

Source: Artnet.com



**Wang Yuanqi**

| | |
|---|---|
| Title | Landscape |
| Medium | ink on paper, on scroll |
| Size | Height 21.3 in.; Width 13.2 in. / Height 54 cm.; Width 33.5 cm. |
| Misc. | Signed, Stamped |
| Sale of | China Guardian Auctions Co., Ltd.: Saturday, May 30, 2009 [Lot 01261] Classical Chinese Painting and Calligraphy |
| Estimate | 600,000 - 700,000 CNY © (87,856 - 102,499 USD) |
| Sold For | 672,000 CNY Premium © (98,399 USD) |

Source: Artnet.com



**Wang Yuanqi**

| | |
|---|---|
| Title | Waterfall |
| Medium | ink and color on paper, on scroll |
| Size | Height 26.8 in.; Width 15.4 in. / Height 68 cm.; Width 39 cm. |
| Sale of | Poly International Auction Co., Ltd.: Friday, May 30, 2008 [Lot 01785] Chinese Ancient Painting and Calligraphy Auction II |
| Estimate | 600,000 - 800,000 CNY ☺ |
| | (86,523 - 115,365 USD) |
| Sold For | 672,000 CNY Hammer ☺ |
| | (96,906 USD) |

Source: Artnet.com

WAG #: 13731/287469

OTE# 219 Yan Hui

_____

*Comparable Auction Sales*

*Retail Sales*



artnet | Search 🔍 | Price Database   Auctions   Artists   Galleries   Auction Houses   Events   News | Log In

Return to Search Screen  |  **Return to Results Screen**

Print  |  Export To PDF  |  Add to My Lists



| | |
|---|---|
| | **Yan Hui** |
| Title | Zhong Kui's hunting procession |
| Description | YAN HUI (ACTIVE LATE 13th–EARLY 14th CENTURY) |
| | Zhong Kui's Hunting Procession |
| | Handscroll, ink on paper |
| | 27.5 x 446 cm. (10 7/8 x 175 5/8 in.) |
| | One seal of the artist |
| | Nineteen colophons by 14th–15th century authors, including one by Chen Yong, dated 1358 and stating that the painting was made by Yan Hui and was owned and mounted by Chen Yong's father; a signed poem by Jin Chuan, with five seals; a signed poem by Jie Wen; and colophons by Huang Yuanji, with three seals; Chen Jiong; Yun Shi; Chen Yan; Ye Yan; and others |
| | Eighteen collectors' seals, including four of Zhang Heng (1915-1963) and twelve of Tan Jing (1911-1991) |
| Medium | ink, on handscroll |
| Size | Height 10.8 in.; Width 175.6 in. / Height 27.5 cm.; Width 446 cm. |
| Misc. | Signed, Stamped |
| Sale of | Christie's Hong Kong: Tuesday, December 2, 2008 [Lot 01731] |
| | Important Chinese Classical Paintings: Property of the Jing Y Tai Foundation |
| Estimate | 7,500,000 - 8,500,000 HKD ⓘ |
| | (967,567 - 1,096,576 USD) |
| Sold For | 9,020,000 HKD Premium ⓘ |
| | (1,163,660 USD) |
| Literature | PUBLISHED: |
| | Zhang Heng, ed., Notes on Appreciating Paintings and Calligraphy of the Mu Yan Studio, Paintings II, Wenwu Publication House, 2000, pp.271-286 |
| | LITERATURE: |
| | Zhang Heng, ed., The Yunhui Zhai Collection: Famous Chinese paintings since the Tang and Song Dynasties, pp. 14-27. |
| | Siren, Osvald, Chinese Painting: Leading Masters and Pinciples, London, 1956-58, vol VII, p. 144. |
| | Zhongguo gudai huihua xuanji (A Selection of Classical Chinese Paintings), Beijing, 1963, p. 56. |
| | Cahill, James, An Index of Early Chinese Painters and Paintings: Tang, Sung, Yuan, Berkeley, 1980, p. 359. |
| | Stephen Little, "The Demon Queller and the Art of Qiu 'ing," Artibus Asiae, vol. XLVI 1-2, pp. 33-35 |

Return to Search Screen  |  **Return to Results Screen**



Price Database   Market Alerts   Analytics Reports   Gallery Network   Auction House Partnerships

About   Contact   Jobs   FAQ   Site Map   Advertise   Terms   Privacy   Cookies

Ⓕ Ⓣ Ⓟ Ⓘ ⓦ

English (US) ▾

©2019 Artnet Worldwide Corporation. All rights reserved

Source: Artnet.com

0188 秋月渡海皈依图 手卷 水墨  收藏　分享到：

图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 颜辉 （款） | 尺寸 | 333×29cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB　80,000-100,000 | | |
| 成交价 | RMB　90,200 | HKD　84,299 | |
| | USD　10,894 | EUR　8,615 | |
| 专场 | 中国书画 | 拍卖时间 | 2004-06-24 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | 拍卖会 | 81期周末拍卖会 |
| | 徐宗浩跋 | | |

Source: Artron.net

1426 虎溪三笑图 立轴 设色绢本　★ 收藏　分享到：

☞图片中的放大镜，支持鼠标滚轮缩放区域大小

中国嘉



1-5/

**拍品信息**

| 作者 | 颜辉 （款） | 尺寸 | 148.6×86cm |
|---|---|---|---|
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB　20,000-50,000 | | |
| 成交价 | RMB　198,000　　HKD　185,047　USD　23,913　　　EUR　18,911 | | |
| 专场 | 中国古代书画 | 拍卖时间 | 2004-05-16 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | 拍卖会 | 中国嘉德2004春季拍卖会 |
| | 钤印：秋月 | | |
| 说明 | 程题书笺：晋高僧慧远博综六经，尤善庄老。太元(376-396东晋时)中，建精舍於匡山流泉币寺下入虎溪，卜居三十年，足不出山，送客以不过溪为戒。时陶渊明居栗里山，山南陆修静亦有道之士，相与过从甚密。一日，远师送别陶、陆二公，且语且行，遂犯过溪之戒，乃相顾掀髯而别，此虎溪三笑图之所本也。图中秀顶缩衣者，慧远也；葛巾执杖者，陶渊明也；昂首张手者，陆修静也。此颜秋月所作，笔法奇绝，有八面生意。东晋风流，跃然绢素。秋月而後，殆成绝响。右上秋月一印，与西京知恩寺藏李铁拐图同識，则右之。世有真赏，当许知言。庚申(1980年)秋仲，二石老人題。钤印：二石老人、奎章阁 | | |
| | 作者简介：字秋月。江山(今浙江江山)人。善画道释、人物，画鬼尤工。笔法奇绝，有八面生意。 | | |

Source: Artron.net

1379 渡海皈依图 手卷 水墨纸本   收藏   分享到：

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 颜辉 （传） | 尺寸 | 29.5×332cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB  100,000-100,000 | | |
| 成交价 | **RMB  110,000** | HKD  103,774 | |
| | USD  13,285 | EUR  10,185 | |
| 专场 | 典藏艺廊书画 | 拍卖时间 | 2005-11-29 |
| 拍卖公司 | 天津文物 | 拍卖会 | 2005秋季拍卖会 |
| | 钤印：颜辉 | | |
| 说明 | 徐宗浩题跋 | | |

Source: Artron.net

WAG #: 13731/287462

OTE# 225 Wu Wei

_____

*Comparable Auction Sales*


*Retail Sales*

*1744 甲戌（1634年）作 江楼旷览 手卷 纸本　★ 收藏　分享到：

图片中的放大镜，支持鼠标滚轮缩放区域大小



中国书

1-5/12

### 拍品信息

| 作者 | 吴伟业 | | 尺寸 | 23×180cm |
|---|---|---|---|---|
| 作品分类 | 中国书画>绘画 | | 创作年代 | 甲戌（1634年）作 |
| 估价 | RMB　30,000-40,000 | | | |
| 成交价 | RMB　100,800 | HKD　114,545 | | |
| | USD　14,609 | EUR　9,403 | | |
| 专场 | 中国书画（四） | | 拍卖时间 | 2008-06-15 |
| 拍卖公司 | 中国嘉德国际拍卖有限公司 | | 拍卖会 | 嘉德四季第十四期拍卖会 |
| 说明 | 题识：时甲戌三月，娄东吴伟业。 | | | |
| | 钤印：吴伟业印、骏公 | | | |
| | 鉴藏印：顾梁汾家藏王孟端竹炉新味、静寄山房、平生真赏、胶西周氏、墨壶宝爱、子孙永宝、黎简之印、二 | | | |
| | 樵、梁章钜印、荣光、荷屋、廷济、叔未、古琴阁、道州何氏审定收藏 | | | |
| | 说明：带盒。罗振玉、吴荣光等多人跋。 | | | |
| | 吴伟业，字骏公，号梅村，江南太仓人。明清间著名诗人。 | | | |

Source: Artron.net

0348 秋江放棹 立轴 设色纸本 　★ 收藏　分享到: 🔊 ➕

@ 图片中的放大镜，支持鼠标滚轮缩放区域大小



中国古

1-5/12

| 拍品信息 | | | | |
|---|---|---|---|---|
| 作者 | 吴伟 | | 尺寸 | 127×38cm |
| 作品分类 | 中国书画>绘画 | | 创作年代 | 暂无 |
| 估价 | RMB　200,000-300,000 | | | |
| 成交价 | RMB　224,000 | HKD　254,545 | | |
| | USD　33,600 | EUR　24,640 | | |
| 专场 | 中国古代书画 | | 拍卖时间 | 2008-12-20 |
| 拍卖公司 | 敬华（上海）拍卖股份有限公司 | | 拍卖会 | 2008秋季拍卖会 |
| | 款识：小仙。<br><br>钤印：[伟私印]<br><br>题跋：秋江渺无极，可以放扁舟。醉坐歌白苎，忽惊双白鸥。庚申夏日题，沈周。<br><br>钤印：[启南] [石田]<br><br>收藏印：[南海孔广陶审定金石书画印] [南海黄绍思所藏古籍书画金石之宝] | | | |
| 说明 | 说明：孔广陶（1832-1890），字鸿昌，号少唐居士，广东南海人。孔子七十代孙。曾任刑部郎中，精鉴藏书<br>画，为广东近代著名藏书和刻书家，斋名三十三万卷书堂、岳雪楼。 | | | |

Source: Artron.net



Source: Artron.net

## *0675 松下高士 立轴 绢本  ⭐ 收藏    分享到：

🔍 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 吴伟 | 尺寸 | 170×111cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 暂无 |
| 估价 | RMB  1,000,000-1,200,000 | | |
| 成交价 | RMB  1,624,000 | HKD | 1,845,455 |
| | USD   243,600 | EUR | 178,640 |
| 专场 | 古代书画专场 | 拍卖时间 | 2008-12-07 |
| 拍卖公司 | 北京匡时国际拍卖有限公司 | 拍卖会 | 2008秋季拍卖会 |
| | 出版：《中国浙江历代书画名家精品展作品集》P5，西泠印社出版社，2008年。 | | |
| | 款识：小仙。 | | |
| | 钤印：吴伟 | | |

Source: Artron.net

WAG #: 13731/287470

OTE# 244 Yang Wencong

_____

*Comparable Auction Sales*

*Retail Sales*



**Yang Wencong**

| | |
|---|---|
| Title | Landscapes (album w/8 leaves) |
| Description | YANG WENCONG (1594-1645) |
| | Landscapes |
| | Album of eight leaves, ink and colour on paper |
| | 20.4 x 27 cm. (8 x 10 5/8 in.) |
| | Each leaf inscribed and signed, with one seal of the artist |
| | Five collectors' seals |
| Medium | ink and color |
| Size | Height 8 in.; Width 10.6 in. / Height 20.4 cm.; Width 27 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Christie's Hong Kong: Tuesday, May 26, 2009 [Lot 01254] |
| | Fine Chinese Classical Paintings and Calligraphy |
| Estimate | 120,000 - 150,000 HKD ⊙ |
| | (15,481 - 19,351 USD) |
| Sold For | Bought In |

Source: Artnet.com



**Yang Wencong**

| | |
|---|---|
| Title | Landscape of serenity |
| Medium | ink |
| Year of Work | 1643 |
| Size | Height 14.8 in.; Width 6.9 in. / Height 37.5 cm.; Width 17.5 cm. |
| Misc. | Signed, Inscribed, Stamped |
| Sale of | Christie's Hong Kong: Monday, November 26, 2007 [Lot 00908] Fine Chinese Classical Paintings & Calligraphy |
| Estimate | 20,000 - 30,000 HKD ☺ (2,569 - 3,853 USD) |
| Sold For | 137,500 HKD Premium ☺ (17,663 USD) |

Source: Artnet.com

1323 丙子（1636年）作 松林行散 镜心 纸本  ★ 收藏   分享到：

☞ 图片中的放大镜，支持鼠标滚轮缩放区域大小



| 拍品信息 | | | |
|---|---|---|---|
| 作者 | 杨文聪 | 尺寸 | 18×56.5cm |
| 作品分类 | 中国书画>绘画 | 创作年代 | 丙子（1636年）作 |
| 估价 | RMB  45,000-55,000 | | |
| 成交价 | RMB  69,440     HKD  78,022<br>USD  9,920      EUR  6,400 | | |
| 专场 | 古代书画专场 | 拍卖时间 | 2008-05-23 |
| 拍卖公司 | 北京匡时国际拍卖有限公司 | 拍卖会 | 2008春季艺术品拍卖会 |
| 说明 | 款识：丙子春写似梅村道兄教正。杨文聪。<br>钤印：杨文聪印<br>鉴藏印：宫子行轩父共心赏、颂阊心赏物<br>备注：吴梅村上款。曾经宫本昂、徐颂阊递藏。 | | |

Source: Artron.net