# Exhibit 86

Gabriel Del Virginia, Esq. (GDV-4951)
**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Attorneys for the Debtors*
641 Lexington Avenue-21st Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------x
In re

KENNETH SHIHAI KING and
YIEN KOO KING,

        Debtors.

------------------------------x

Chapter 7

Case No. 07-B-13907(MG)

**DECLARATION PURSUANT TO 28 U.S.C. § 1746
OF DEBTORS IN SUPPORT OF AMENDED SCHEDULE B.**

    Kenneth Shiihai King and Yien Koo King, pursuant to 28 U.S.C. § 1746, the following:

    1.    We are within debtors, and we submit this declaration is support of amendment to Schedule "B" of our "Schedules of Assets and Liabilities" on file in this case.

    2.    Attached hereto, and made a part hereof is listing of artifacts and artworks.

    3.    The artworks listed at pages KING.TRUSTEE/RON000055-56, on the attached listing are presently held by:

Shanghai, China
200082

4. The undersigned declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008

*[signature]*
KENNETH SHIHAI KING

*[signature]*
YIEN KOO KING

Kenneth & Yien Koo King                              June 15, 2008

List of Artifacts

| 1,  | 4 Nos.  | Borneo Artifacts (Machete) |
| 2,  | 2 Nos.  | Borneo Staff |
| 3,  | 30 Nos. | Borneo wood sculptures |
| 4,  | 1 No.   | African Clay Tomb Figure |
| 5,  | 1 No.   | Pair of Flat Jade Figure carving |
| 6,  | 1 No.   | Han clay horse |
| 7,  | 1 No.   | Antique small simulate table stand |
| 8,  | 1 No.   | Bronze style container/Chinese |
| 9,  | 2 Nos.  | Neolithic style small clay pots |
| 10, | 1 No.   | Ceramic Pillow |
| 11, | 1 No.   | Basket with cover from Thailand |
| 12, | 1 No.   | Large Ceramic bowl |
| 13, | 2 Nos.  | Chinese Ceramic figures of Han & Tang Dynasty |
| 14, | 1 No.   | Chinese vase /Tzu Chu ware |
| 15, | 1 No.   | Indonesian Stone Buddhist Figure |
| 16, | 2 Nos.  | Pre-Columbian Pottery Figures |
| 17, | 6 Nos.  | Small Chinese Tea Pots |
| 18, | 2 Nos.  | Chinese Drums |
| 19, | 1 No.   | Large Chinese brush pot |
| 20, | 1 No.   | Area Rug from Peru |

KING.TRUSTEE/RON000054

**Kenneth & Yien Koo King**     June 15, 2008
**List of Chinese Artworks**

| Artist | Description |
|---|---|
| Annonymous (Xia Qian) | Fish & Crab |
| Anonymous | Chickadee, Plum Blossom and Bamboo |
| Anonymous | Herding |
| Anonymous | Winter Scene Boaters |
| Anonymous / Bian Wu? | Looking at Wild Geese |
| Cao Yunxi | Rock among Twin Pine |
| Cui ZiZhong | Three Budhist Dieties |
| Dai Wenjin | Looking for Plum Blossom in Snow |
| Fan An'ren Attributed | Landscape in Blue & Green Style |
| Gong Xian (Banqian) | Landscape after Yun Xiang |
| Luo Ping | Two Lohans |
| Ma Xuan | Dinner over Lotus Pond |
| Ma Yuan SM | Enjoying Plum Blossoms |
| Qian Xuan (Shunju) | Procession of Lohans |
| Shen Zhou (Shitian) | Snowy Mountain Landscape |
| Shitao | Bamboo in the Wind |
| Shitao | Bamboo Narcissus & Rock |
| Shitao | Vegetable & Praying Mantis |
| Shitao | Landscape in Memory of Old Friend |
| Tang Yin | Scholar Reading under a Pine Tree |
| Wang Yuanqi | Landcape iSo Huang Gongwang |
| Wen Riguan | Grape Vines |
| Xiao Zhao | Return fr Fishing to Snowy Village |
| Xiao Zhao Attributed | Landscape |
| Xu Gu | Heavenly Foods |
| Zhao Mengfu (Songxue) | Old Wood, Bamboo & Rock |
| Zhu Yunming (Zhishan) | Running Script Calligraphy |
| Xie Shichen (Xuexian) | Breezy Smoke, Rain & Snow Scene |
| Bada Shanren | Deer Viewing Pine |
| Ding Yanyong | Flower Birds Grass and Insects for CC |
| Ding Yanyong | Flower Birds Grass and Insects Master Piece |
| Ding Yanyong | Flower and Crabs |
| Qi Baishi | Autumn Lotus |
| Qi Baishi | Pine and Crane |
| Qi Baishi | Longivity & Peony |
| Qi Baishi | Feed Ear |
| Tang Yun | Chicken Handscroll |

KING.TRUSTEE/RON000055

| | |
|---|---|
| Wu Hufan | Plum & Bamboo |
| Zhang Daqian | Landscape |
| Tang Yin | Figures |

KING.TRUSTEE/RON000056