## Sale

| | |
|---|---|
| 寄件者： | Andrew Wang (jingguanlou_wang@yahoo.com) |
| 收件者： | martykl@kamso.com |
| 日期： | 2005年4月29日 星期五 下午12:44 [EDT] |

Marty,
Here is another sale. I need the PA's approval as early as possible. Please let me know if you have any question.
Thanks
Andrew

📄 Purchaser.wpd-AnthonyChou.wpd
7.9kB

CONFIDENTIAL WANG002098

Purchaser: Mr. Anthony Chou
        Apt# 8, Sunshine Square
        YaYunChun District,
        Beijing city, P.R. China 100014

---

|  | Appraisal | % Increase | Final Sale |
|---|---|---|---|
| 1. OTE# 83- Wang YuanQi (Landscape after Huang GongWang) | $20,000 | 20% | $24,000 |
| 2. OTE# 92- Zha ShiBiao (Landscape) | $9,000 | 20% | $10,800 |
| 3. OTE# 100- Yao Shou (Landscape) | $50,000 | 10% | $55,000 |
| 4. OTE# 108- Hua Yan (Swallows with Bamboo and Plum in Snow) | $30,000 | 20% | $36,000 |
| 5. OTE# 127- Gong Xian (Ten Thousand Valleys) | $75,000 | 20% | $90,000 |
| 6. OTE# 135- Dong QiChang (Four Landscapes) | $30,000 | 20% | $36,000 |
| 7. OTE# 137- Anonymous (Horse and Groom) | $8,000 | 20% | $9,600 |
| 8. OTE# 147- Attributed to ShenMou (Landscape after Wu Zhen) | $12,000 | 20% | $14,400 |
| 9. OTE# 152- Wen ZhengMing (Calligraphy) | $50,000 | 20% | $60,000 |

CONFIDENTIAL

WANG002099

| | | | | |
|---|---|---|---|---|
| 10. OTE# 154- Jiufeng Daoren (Horses and Grooms) | | $60,000 | 20% | $72,000 |
| 11. OTE# Anonymous (Dragon) | | $150,000 | 10% | $165,000 |
| 12. OTE# 210- Style of TangYin (Gathering at the Lanting Pavilion) | | $6,000 | 20% | $7,200 |
| 13. OTE# 220- Shen Zhou (Gardens Scenes) | | $200,000 | 0% | $200,000 |
| 14, OTE# 241- Liu YanChong (Album of Landscapes) | | $24,000 | 20% | $28,800 |
| 15. OTE# 247- Attributed to Various Artists (Calligraphy in Letters) | | $20,000 | 20% | $24,000 |
| 16. OTE# 1001- Liu YanChong (Washing the Elephant) | | $20,000 | 20% | $24,000 |

_____

Total values:        $ 856.800.

In addition to the above sale, please let me know if 30% increase is OK for OTE# 1000:

| | | | | |
|---|---|---|---|---|
| OTE# 1000- Lu Ji (Flower and Birds of Winter) | | $30,000 | 30% | $39,000 |

CONFIDENTIAL

WANG002100