# Exhibit 94

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 14-Civ-07694(JFK)
 4   - - - - - - - - - - - - - - - - - - - -x
     YIEN-KOO KING, NORTHWICH INVESTMENTS,
 5   LTD., and SOON HUAT, INC.,
 6                   Plaintiffs,
 7         -against-
 8   ANDREW WANG, SHOU-KUNG WANG, BAO WU
     TANG, JIAN BAO GALLERY, ANTHONY CHOU,
 9   CHEN-MEI-LIN, WEI ZHENG, YE YONG-QING,
     YUE DA-JIN and JOHN DOES 1-9,
10
                     Defendants.
11   - - - - - - - - - - - - - - - - - - - -x
12
                       June 18, 2019
13                     9:36 a.m.
14
15            Videotaped deposition of
16   KENNETH KING, taken by Defendants,
17   pursuant to Notice, held at the offices of
18   Kasowitz Benson Torres LLP, 1633 Broadway,
19   New York, New York, before Sharon Pearce,
20   a Registered Merit Reporter, Certified
21   Realtime Reporter, and Notary Public of
22   the State of New York.
23
24
25
```

Page 62

1
2   A.   I don't know why.  I can't
3   remember.
4   Q.   Okay.  Is Sixteen Luohans
5   currently in your possession?
6   A.   I believe so.
7   Q.   Did you sell Sixteen Luohans?
8   A.   I don't think so.
9   Q.   Is it possible that you sold
10  Sixteen Luohans?
11         MR. ISRAEL:  Objection.  You can
12  answer.
13  A.   It's possible but not likely.
14  Q.   Why do you say that it's
15  possible?
16  A.   Because we are not familiar with
17  Chinese paintings.  And the name is very
18  hazy to me.
19  Q.   Okay.  Have you sold some
20  Chinese paintings --
21  A.   Yes, we have.
22  Q.   Can you think of the names of
23  any of those paintings?
24  A.   No, I cannot.
25  Q.   Approximately how many paintings

Page 63

1
2   have you sold?
3   A.   Probably six to eight.
4   Q.   Have you sold those at auctions?
5   A.   No.
6   Q.   In private sales?
7   A.   Yes.
8   Q.   Are any of those six to eight
9   paintings paintings that were listed on
10  the inventory?
11  A.   I didn't check.
12  Q.   Okay.  Well, do you remember,
13  sitting here now, whether those paintings
14  were the property of Northwich?
15  A.   I think the paintings we sold,
16  we are very careful.  We make sure that
17  these are paintings that we -- that never
18  was in C.C.'s possession, you know,
19  because after -- if a painting was in
20  C.C.'s possession, we are restricted by
21  the TROs.
22  Q.   Okay.  How would you find out
23  whether Sixteen Luohans is one of the
24  paintings that you've sold?
25  A.   I didn't say we sold.

Page 64

1
2   Q.   I understand.
3   A.   I don't believe we sold.
4   Q.   I understood you to be saying
5   that it was possible that you had sold the
6   painting.
7   A.   It's possible, yes.
8   Q.   Do you have records of which
9   paintings you've sold?
10  A.   No.  We don't have records.
11  Sorry.
12  Q.   Are they sold via handshake
13  deals?
14  A.   Basically.
15  Q.   Do you have receipts for the
16  sales of the paintings?
17  A.   No, we do not have receipts.
18  Q.   Would that be a normal practice
19  to not maintain a receipt?
20         MR. ISRAEL:  Objection.
21  A.   In Chinese --
22         MR. ISRAEL:  Wait a second.
23  Objection.  Now you can answer.
24  A.   In Chinese tradition, you know,
25  when people deal with paintings, it's also

Page 65

1
2   a handshake.
3   Q.   Okay.  So it would not be
4   unusual in your experience for there to
5   not be a receipt of the transaction?
6   A.   What we were told is this is a
7   normal procedure.
8   Q.   Okay.  Did you work with a
9   broker?
10  A.   Pardon?
11  Q.   Did you work with a broker?
12  A.   No.
13  Q.   How did you find the buyers for
14  these paintings?
15  A.   I think the buyer found us.
16  Q.   Okay.  Do you recall the names
17  of any of the buyers?
18  A.   No, we don't.
19  Q.   Do you recall when the last time
20  you sold a painting was?
21  A.   I don't even remember when.
22  Q.   Okay.
23  A.   Yes.
24  Q.   Was it in the last five years?
25  A.   Possible.

17 (Pages 62 - 65)