# Exhibit 95

**Elin Lake Ewald**

**From:** Andrew Wang [jingguanlou_wang@yahoo.com]
**Sent:** Wednesday, March 16, 2005 12:46 PM
**To:** Elin Lake Ewald
**Cc:** Marty Kline
**Subject:** Estimates from family Sale at Sotheby's in 1997

Dear Elin,
Here are the original appraisal prices for the 7 paintings at Sotheby's in 1997.

1. Niu Shi-Hui $40,000-$50,000
2. Chou TianQiu $30,000-$40,000
3. Chen Yuan-Su $20,000-$30,000
4. Xie Shi-Chen $20,000-$30,000
5. Anonymous(Crane) $20,000-$30,000
6. Lu Ji $60,000-$80,000
7. Lu Zhi(Attributed) $30,000-$50,000

Please let me know if you feel any painting which you believe are under valued, we can leave them on the side for further discussions. Or I also suggest that you speak with Arnold Chang directly for any further questions.
Thanks for your help.
Andrew



