# Exhibit 96

Page 1 of 1

**Elin Lake Ewald**

**From:** yiyuanwang@aol.com
**Sent:** Wednesday, March 16, 2005 9:52 PM
**To:** ele@otoole-ewald.com
**Subject:** Re: Sale

Arnold's home telephone #718-275-3196. He might busy selling Chinese paintings at Kaikado Gallery during day time. Peter and Ethel are also trying to resolve it by tomorrow, and I really need to provide an answer to my client by tomorrow night. It's been almost a week since my attorney faxed the draft to Ethel. Thanks

-----Original Message-----
From: Elin Lake Ewald <ELE@otoole-ewald.com>
To: yiyuanwang@aol.com
Sent: Wed, 16 Mar 2005 17:41:12 -0500
Subject: RE: Sale

I have purchased the catalog and it should be here tomorrow. I am out of town in the first half of the day and will do everything I can to complete the report tomorrow afternoon. At any rate, do you have Arnold's telephone number? I want to speak with him. ele

-----Original Message-----
From: yiyuanwang@aol.com [mailto:yiyuanwang@aol.com]
Sent: Wednesday, March 16, 2005 5:24 PM
To: ele@otoole-ewald.com
Subject: Re: Sale

Please let me know if I can be any assistance to you. Do you need to see the catalogue tomorrow ? I can deliver my only copy to you and you can return it to me after you finish. I will be in court the whole day on Friday.
I do appreciate your efforts and you know that Chinese painting is not an easy field. I believe that only private sale can reach a better result, and I have tested the market in the family sale in 1997 at Sotheby's. Thanks

-----Original Message-----
From: Elin Lake Ewald <ELE@otoole-ewald.com>
To: yiyuanwang@aol.com
Sent: Wed, 16 Mar 2005 17:08:25 -0500
Subject: RE: Sale

I sent a brief report to Ethel and to Peter and told them to pass it on to you if they wish. It really had to do with unanswered questions. I frankly am not certain how I am supposed to handle this - whether to send reports to them and let them pass it on or what. No instructions. ele

-----Original Message-----
From: yiyuanwang@aol.com [mailto:yiyuanwang@aol.com]
Sent: Wednesday, March 16, 2005 4:00 PM
To: ele@otoole-ewald.com
Subject: Sale

Dear Elin,
I am having problem receiving my e-mails at Yahoo. If you have the answer for me today please e-mail me to : yiyuanwang@aol.com

Thanks
Andrew

3/17/05


EXHIBIT ELE-34
6-14-19

EWALD_00000214