# Exhibit 97

## Re: Sale

| | |
|---|---|
| 寄件者： | Andrew Wang (jingguanlou_wang@yahoo.com) |
| 收件者： | martykl@kamso.com |
| 日期： | 2005年5月25日 星期三 下午4:14 [EDT] |

Marty,
China would collect custom tax if it's shipped to Beijing. So he asked me to ship them to Hong Kong.
Please use the same address in HK and he will pick them up there.
The estimated shipping date should be as early as posssible after we receive the payment. Once the PA signed the contract, I believe the money should be here in about 4-5 days, so I assume it can be the first week of June. We need to know how fast we can get the signature from the PA.
10 days is fine for refund.
Thanks
Andrew

**Martin Klein <martykl@kamso.com> wrote:**

> Andrew, where is the art being shipped? To Mr. Chou at his address in
> Beijing City? See paragraph 4
> What is the estimated shipping date? Paragraph 4.
> How many days can Mr. Chou can request that he get his money back? Is 10
> business days enough?
> Attached is the revised agreement.
> I will send a copy to Peter to have Ethel sign, but I would like to fill in
> the above information.
> Marty
> At 09:14 AM 5/25/2005 -0700, you wrote:
> >Marty,
> >It's OK with $30,000 for the item #1 Wang YuanQi.
> >Please have the PA sign the contract early.
> >Thanks
> >Andrew
> >
> >
> >
> >Martin Klein wrote:
> >Peter said that Ethel is ok with the sale except for one painting. Item
> >#1, Wang YuanQi. She would like to see the Estate receive $30,000 for this
> >one painting instead of $24,000. She claims there was a Chrisite's Sale in
> >2001 for "Lanscapre After Huang Gongwang" that sold for $31,128. Let me
> >know if you want to proceed without that painting or if you want to see if
> >the buyer will pay $30,000 for it. Marty
> >At 09:44 AM 4/29/2005 -0700, you wrote:
> > >Marty,
> > >Here is another sale. I need the PA's approval as early as possible.
> > >Please let me know if you have any question.
> > >Thanks
> > >Andrew
> >
> >Martin Klein
> >Kamerman & Soniker P.C.
> >655 Third Ave., 8th Floor
> >New York, NY 10017
> >212-949-4111
> >fax 212-949-5111
> >MARTYKL@KAMSO.COM

CONFIDENTIAL

WANG002106

1/2

AWSK_00007548

```
>
>This electronic mail message contains information that(a)is or may be
>LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE
>PROTECTED BY LAW FROM DISCLOSURE, and(b)is intended only for the use of the
>Addressee(s)named herein. If you are not the intended recipient, an
>addressee, or the person responsible for delivering this to an addressee,
>you are hereby notified that reading, using, copying, or distributing any
>part of this message is strictly prohibited. If you have received this
>electronic mail message in error, please contact us immediately and take
>the steps necessary to delete the message completely from your computer
>system. Thank you.
>
>
>
```

Martin Klein
Kamerman & Soniker P.C.
655 Third Ave., 8th Floor
New York, NY 10017
212-949-4111
fax 212-949-5111
MARTYKL@KAMSO.COM

This electronic mail message contains information that(a)is or may be
LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE
PROTECTED BY LAW FROM DISCLOSURE, and(b)is intended only for the use of the
Addressee(s)named herein. If you are not the intended recipient, an
addressee, or the person responsible for delivering this to an addressee,
you are hereby notified that reading, using, copying, or distributing any
part of this message is strictly prohibited. If you have received this
electronic mail message in error, please contact us immediately and take
the steps necessary to delete the message completely from your computer
system. Thank you.

CONFIDENTIAL

WANG002107

2/2

AWSK_00007549