# Exhibit 98

Re: Need information for the contract

| | |
|---|---|
| 寄件者： | martin klein (mklein@kamso.com) |
| 收件者： | jingguanlou_wang@yahoo.com |
| 日期： | 2008年5月23日 星期五 上午9:35 [EDT] |

Andrew, how much is the deposit that the buyer paying?
In the past the purchaser paid the full amount of the purchase price and within 10 days of payment the art is shipped.
How is this transaction being handled?
What is the anticipated shipping date?
Marty
At 05:55 PM 5/22/2008 -0700, you wrote:

> Marty,
> Here is the home address:
> Mr. Yue Da-Jin
> The Rui-Jing Palace
> #68 Rui-Jing Road, Apt# 10A
> Nanjing City, China
> Tel: 86-136-93339617
>
> Artworks shall be sent to Hong Kong for tax purpose. and I will provide it to you later.
>
> I hope that I can visit the warehouse with PA's representative, unless the buyer can't wait.
> I also hope that you can prepare the contract and get PA's signature as soon as possible, so I can get a deposit from the buyer.
> Thanks
> Andrew
>
> **martin klein <mklein@kamso.com>** wrote:
>> Andrew, please send me Mr. Da-Jin's address and phone number.
>> Also what address will the paintings be shipped to. I need to get the cost of shipping from Crozier. Andrew, you and a representative from the PA will have to go to Crozier to have the paintings released. If you will not be in the US, I will have to ask Peter how he wants to handle this.
>> Marty

Martin Klein
Kamerman & Soniker P.C.
470 Park Avenue South, 12th Floor South
New York, NY 10016
212-400-4930
fax 212-400-4935
mklein@kamso.com

CONFIDENTIAL    WANG002103

Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.
This message and any attachments, contains and is intended to be, a confidential transmission of information or documents from Kamerman & Soniker P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone or e-mail immediately.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

No virus found in this incoming message.
Checked by AVG.
Version: 8.0.100 / Virus Database: 269.24.0/1461 - Release Date: 5/22/2008 4:44 PM


Martin Klein
Kamerman & Soniker P.C.
470 Park Avenue South, 12th Floor South
New York, NY 10016
212-400-4930
fax 212-400-4935
mklein@kamso.com

Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.
This message and any attachments, contains and is intended to be, a confidential transmission of information or documents from Kamerman & Soniker P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone or e-mail immediately.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your

CONFIDENTIAL WANG002104

computer system. Thank you.

CONFIDENTIAL

WANG002105