# Exhibit 104

## AGREEMENT

I, Chi-chuan Wang, residing at 150 East 69th Street, apartment 8A, New York, N.Y. 10021, do hereby appoint Cy Art Ltd. of New York to be my agent to coordinate with Mr. Xu Shiping to reproduce approximately 15 old classical Chinese paintings digitally, with a minimum of ten (10) copies per painting. I agree to pay Cy Art Ltd a lump sum of Fifty Thousand (50,000.00) Dollars for this project.

Very truly yours,

*/s/ Chi-chuan Wang*

Chi-chuan Wang

ACCEPTED BY:

*/s/ Yien-koo Wang King*
Yien-koo Wang King for CY ART LTD

1/2/00
Date

K000481

NOV-27-2003  10:45                    96%                    P.03

PA-SCT-000003199