# Exhibit 115

# Estate of Chi-Chuan Wang
File No.: 2003-2550/B

## VERDICT SHEET

NOTE: THE SAME FIVE JURORS NEED NOT AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS BUT AT LEAST FIVE JURORS MUST AGREE ON THE ANSWERS TO ALL QUESTIONS.

QUESTION #1:

At the time of the execution of the will dated February 18, 2003, was Chi-Chuan Wang of sound mind and memory?

ANSWER TO QUESTION #1:   YES_____   (NO)_____

JURORS, AFTER ANSWERING THE ABOVE QUESTION, WILL SIGN THEIR NAMES BELOW:

1. [signature]                4. [signature]
2. [signature]                5. Janis Ansley-Ungar
3. [signature]                6. [signature] Esparza

I, THE UNDERSIGNED JUROR, DO NOT CONCUR IN THE ABOVE.

_____

QUESTION #2:

Was the execution of the will dated February 18, 2003, by the testator, Chi-Chuan Wang, the result of undue influence by Shou-Kung Wang and Andrew Wang?

ANSWER TO QUESTION #2:   (YES)_____   NO_____

JURORS, AFTER ANSWERING THE ABOVE QUESTION WILL SIGN THEIR NAMES BELOW:

1. _[signature]_   4. _[signature]_
2. _[signature]_   5. _Janis Axley-Unger_
3. _[signature]_   6. _[signature]_

I, THE UNDERSIGNED JUROR, DO NOT CONCUR IN THE ABOVE.

_____

2

QUESTION #3:

Was the execution of the will dated February 18, 2003, the result of fraud by Shou-Kung Wang and/or Andrew Wang?

ANSWER TO QUESTION #3:    (YES)         NO_____

JURORS, AFTER ANSWERING THE ABOVE QUESTION WILL SIGN THEIR NAMES BELOW:

1. _[signature]_    4. _[signature]_
2. _[signature]_    5. _Janis Ansley-Ungar_
3. _[signature]_    6. _[signature]_

I, THE UNDERSIGNED JUROR, DO NOT CONCUR IN THE ABOVE.

_____

NOTE: YOU HAVE A VERDICT. REPORT YOUR VERDICT TO THE COURT.

3