

**SAM P. ISRAEL**
FOUNDER & MANAGING PARTNER

Eleonora Zlotnikova
Timothy Foster
Timothy Savitsky
David Hrovat
*Associates*

**BY ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

April 22, 2020

Re: <u>King v. Wang et. al.</u> **No. 14-cv-07694 (LJL-JLC)**

Dear Judge Liman,

  We write on behalf of Yien-Koo King ("Yien-Koo" or Plaintiff") to request an extension of one week for (a) the parties to submit reply memoranda in relation to their competing motions for summary judgment [ECF Dkt. 193 & 194] and (b) the Plaintiff to submit papers in opposition to the Defendants' cross-motion to strike her Rule 56 Statement of Undisputed Material Facts [ECF Dkt. 215]. The above-noted filings are currently due Monday, April 27th and we respectfully request that deadline be extended to <u>Monday, May 4th</u>. The Defendants consent to this application.

  Good cause exists to grant the extension. First, when the Plaintiff consented to the Defendants' previous extension requests [*see* ECF Dkt. 205 & 207], the Defendants had not disclosed that they would be filing a cross-motion to strike. Had the Plaintiff known an additional motion was forthcoming, she would have accounted for it when agreeing to the Defendants' revised briefing schedules. Second, and even more crucially, Sam Israel has recently been diagnosed with COVID-19. Though he is not currently being hospitalized, his condition is serious and has hindered our firm's ability to prepare responses by the current April 27th deadline.

  We thank Your Honor for the Court's attention to this matter

Respectfully submitted:

**SAM P. ISRAEL, P. C.**

**By:**   /s/*Timothy Savitsky*
Timothy Savitsky (TS 6683)

cc. All counsel of record [*via* ECF]