UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
YIEN-KOO KING, NORTHWICH :
INVESTMENTS LTD., and SOON HUAT, :
INC. :
: Civ. Action No.: 1:14-cv-07694 (LJL)
          Plaintiffs, :
:
-against- :
: **DECLARATION OF THOMAS B. KELLY**
ANDREW WANG, SHOU-KUNG WANG, : **IN FURTHER SUPPORT OF**
BAO WU TANG, JIAN BAO GALLERY, : **DEFENDANTS ANDREW WANG AND**
ANTHONY CHOU, CHEN-MEI-LIN, WEI : **SHOU-KUNG WANG'S MOTION FOR**
ZHENG, YE YONG-QING, YUE DA-JIN : **SUMMARY JUDGMENT**
and JOHN DOES 1-9, :
:
          Defendants. :
------------------------------------------------------- x

    I, THOMAS B. KELLY, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, the following to be true and correct:

    1.    I am an attorney admitted to practice before this Court and a partner with the law firm Kasowitz Benson Torres LLP, counsel for defendants Andrew Wang ("AW") and Shou-Kung Wang ("SK" and together with AW the "Defendants") in the above-captioned action. I respectfully submit this declaration in further support of Defendants' Motion for Summary Judgment. I am fully familiar with all matters set forth in this declaration.

    2.    Attached hereto as Exhibit 131 is a true and correct copy of an email from Hilton Soniker to AW, Martin Klein, and Peter Schram, *et al*., dated May 18, 2010, bearing Bates numbers AWSK_00007801-802.

    3.    Attached hereto as Exhibit 132 is a true and correct copy of a letter from Bin Guo to the Surrogate Court of Manhattan, dated May 20, 2010, bearing Bates number KING002650.

Dated:  New York, New York
         May 4, 2020

                                                                /s/ *Thomas B. Kelly*
                                                                  Thomas B. Kelly