# Exhibit 131

### Re: Motion on May 25th, 2010

| | |
|---|---|
| 寄件者： | Hilton Soniker (soniker@kamso.com) |
| 收件者： | jingguanlou_wang@yahoo.com; mklein@kamso.com; soniker@earthlink.net |
| 副本： | CMcgrath@foley.com; pschram@mindspring.com |
| 日期： | 2010年5月18日 星期二 下午12:09 [EDT] |

Andrew,
Please call me at 212 400 4930

At 10:46 AM 5/18/2010, Andrew Wang wrote:
>[]
>
>Marty,
>Last night, I spoke with the Chinese government agency which
>sponsored my family's exhibition at the Beijing Capital Museum last
>year on the legal issue here in the US. They promised to provide a
>statement which states that all exhibited Chinese paintings were
>provided by different owners. Although, all artworks were previously
>owned by Wang family. The statement should be available before May 24th.
>I also spoke with my Chinese attorney who had assisted the
>exhibition at the Beijing Capital Museum to provide another
>statement explaining that those Chinese paintings were also came
>from different collectors, and under my request he is also in the
>process assisting the Surrogate court finding evidences of Kings'
>illegal sales of estate artworks and artworks which SK Wang bought in New York.
>I am also trying to get a statement from my Taiwan relative showing
>that the painting GuoXi is in her possession for sometimes. And
>paintings belonged to her were sold by Kings recently. Her requests
>for the returns were ignored by Kings.
>I am still looking for the new attorney, and hoping that whoever
>appear in court on May 25th representing me can submit those
>important documents to the Surrogate Court.
>Thanks
>Andrew
>
>
>
>No virus found in this incoming message.
>Checked by AVG - www.avg.com
>Version: 9.0.819 / Virus Database: 271.1.1/2881 - Release Date:
>05/18/10 02:26:00

Hilton Soniker, Esq.
Kamerman & Soniker P.C.
708 Third Avenue
Suite 1610
New York, NY 10017
Tel  646-845-6090
Fax 866-221-6122

NOTICE: Unless specifically set forth above, the transmission of this
communication is not intended to be a legally binding electronic
signature, and no offer, commitment or assent on behalf of the sender
or its client is expressed or implied by the sending of this message,
or any attachments.

**CONFIDENTIAL**



WANG002359

This message and any attachments, contains and is intended to be, a
confidential transmission of information or documents from Kamerman &
Soniker P.C., which is legally privileged. The materials or
information enclosed are intended only for the use of the individual
or entity to which this message is addressed. If you are not the
intended recipient any disclosure, copying, distribution or the
taking of any action in reliance on the contents of this transmission
is strictly prohibited. If you have received this transmission in
error, please notify us by telephone or e-mail immediately.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax
advice contained herein was not written or intended to be used (and
cannot be used) by any taxpayer for the purpose of avoiding penalties
that may be imposed under the U.S. Internal Revenue Code.


8a2868.jpg
33kB

CONFIDENTIAL