```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YIEN-KOO KING,                                                    :
:
                 Plaintiff,                                  :
                                                                                                                    14-cv-7694 (LJL)
        -v-                                                             :
:                  ORDER
ANDREW WANG, et al.,                                              :
:
                 Defendants.                                 :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the status conference on December 11, 2020, the parties are directed to file pretrial motions by March 15, 2021, opposition briefs by April 12, 2021, and replies by April 26, 2021, and to also file the joint pretrial order by April 26, 2021. Trial is scheduled for June 21, 2021. A final pretrial conference is scheduled for June 10, 2021 at 11:00 a.m.

      The parties are directed to engage in settlement discussions and shall submit a letter to the Court by January 22, 2021 at 5:00 p.m. as to the status of settlement discussions, including the number of sessions had and whether the parties seek referral to the S.D.N.Y. mediation program or Magistrate Judge Cott. (However, the parties shall not share with the Court the details of their settlement offers or the settlement discussions.)

      SO ORDERED.

Dated: December 15, 2020
       New York, New York                            _____
                                                                  LEWIS J. LIMAN
                                                             United States District Judge