UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
YIEN-KOO KING, NORTHWICH INVESTMENTS LTD., and SOON HUAT, INC.

                   Plaintiffs,

-against-

ANDREW WANG, SHOU-KUNG WANG, BAO WU TANG, JIAN BAO GALLERY, ANTHONY CHOU, CHEN-MEI-LIN, WEI ZHENG, YE YONG-QING, YUE DA-JIN and JOHN DOES 1-9,

                   Defendants.
------------------------------------------------------- x

Civ. Action No.: 1:14-cv-07694 (LJL)

STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4 that the law firm Kamerman, Uncyk, Soniker & Klein P.C. – who is current co-counsel of record – is substituted in place of the law firm Kasowitz Benson Torres LLP as counsel of record for defendants Andrew Wang and Shou-Kung Wang in the above-captioned action. Kasowitz Benson Torres LLP and its attorneys Mark P. Ressler, Kim Conroy, Thomas B. Kelly, Sondra D. Grigsby, and Jonah M. Block are hereby withdrawn as counsel of record for defendants Andrew Wang and Shou-Kung Wang in the-above captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should continue to be served upon the following counsel:

    Akiva M. Cohen
    KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
    1700 Broadway
    New York, New York 10019
    Tel.: (212) 400-4930

1

Dated: January 19, 2021                                                        Respectfully submitted,

KASOWITZ BENSON TORRES LLP                          KAMERMAN, UNCYK, SONIKER &
1633 Broadway                                                                  KLEIN P.C.
New York, New York 10019                                              1700 Broadway
Tel.: (212) 506-1700                                                         New York, New York 10019
                                                                                       Tel.: (212) 400-4930

By: /s/ *Thomas B. Kelly*                                               By: /s/ *Akiva M. Cohen*

Mark P. Ressler                                                                Akiva M. Cohen
(mressler@kasowitz.com)                                              (acohen@kusklaw.com)
Thomas B. Kelly
(tkelly@kasowitz.com)                                                  *Incoming Attorneys for Defendants Andrew*
Kim Conroy                                                                    *Wang and Shou-Kung Wang*
(kconroy@kasowitz.com)
Sondra D. Grigsby
(sgrigsby@kasowitz.com)
Jonah M. Block
(jmblock@kasowitz.com)

*Outgoing Attorneys for Defendants*
*Andrew Wang and Shou-Kung Wang*


                                                                                       SAM P. ISRAEL, P.C.

                                                                                       180 Maiden Lane, 6th Floor
                                                                                       New York, New York 10006
                                                                                       T: 646-787-9880
                                                                                       F: 646-787-9886
                                                                                       E: admin@spi-pc.com

                                                                                       By: */s/ Timothy Savitsky*
                                                                                       Sam P. Israel (SPI0270)
                                                                                       Timothy Savitsky (TS6683)

                                                                                       *Attorneys for Plaintiff Yien-Koo King*

2

**CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Defendants Andrew Wang and Shou-Kung Wang hereby consent and agree that Kamerman, Uncyk, Soniker & Klein P.C. – who is current co-counsel of record – is substituted in place of the law firm KASOWITZ BENSON TORRES LLP and that Mark P. Ressler, Kim Conroy, Thomas B. Kelly, Sondra D. Grigsby, and Jonah M. Block of the law firm KASOWITZ BENSON TORRES LLP hereby withdraw as counsel in the above-referenced action.

Dated: New York, New York
January 14, 2021

Andrew Wang

Shou-Kung Wang

SO ORDERED:

Dated: January 20, 2021

THE HONORABLE LEWIS J. LIMAN

3