

**SAM P. ISRAEL**
FOUNDER & MANAGING PARTNER

Timothy Savitsky
David Hrovat
*Associates*

**BY ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

January 22, 2021

Re: *King v. Wang et. al.* No. 14-cv-07694 (LJL-JLC)

Dear Judge Liman,

We write on behalf of Plaintiff Yien-Koo King with the consent of counsel for the Defendants in this action, per the Court's December 15, 2020 Order [ECF Dkt. 230], to update the Court on the status of the parties' settlement negotiations. Though the parties have discussed settlement for several hours within the past few months,[1] it does not appear to either side that scheduling another mediation would be helpful at this time. The Plaintiff and the Defendants have participated in numerous client-attended settlement conferences and mediations throughout the years. Each side is acutely aware of the other's position and has been informed by mediators and counsel alike of the advantages of settling and the risks of litigating. Because an additional round of mediation in this seven-year-old case is unlikely to alter either side's position enough to achieve a settlement, the parties jointly request that the Court not order mediation prior to trial.

Respectfully submitted:

**SAM P. ISRAEL, P. C.**

By:   */s/Timothy Savitsky*
Timothy Savitsky (TS 6683)

cc.    All counsel of record [via ECF]

---

[1] The discussions took place over telephone between Sam P. Israel, P.C. on the one hand and Thomas Kelly, Esq. (prior to his withdrawal as lead counsel for the Defendants) and Akiva Cohen, Esq. (following Mr. Kelly's withdrawal) on the other.