KAMERMAN, UNCYK, SONIKER & KLEIN P.C.

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

(212) 400-4930

March 29, 2021

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007-1312

    Re: *King v. Wang et. al.* **No. 14-cv-07694 (LJL-JLC)**

Dear Judge Liman,

    I write on behalf of Defendants Andrew Wang and Shou-Kung Wang ("Defendants") to request an extension of one day for the deadline for Defendants to submit their reply memorandum for their motion in limine to exclude expert testimony [ECF Dkt. 234] along with an enlargement of the page limits to 18 pages. This filing is currently due Monday, March 29; we respectfully request that the deadline be extended to **March 30, 2021**. This request is due to lead counsel Akiva Cohen's observance of the Passover holiday, and is made with the consent of Plaintiff's counsel.

    We thank Your Honor for the Court's attention to this matter.

    Respectfully Submitted,

    **By:** */s/ Dylan M. Schmeyer*
    Dylan M. Schmeyer

cc.    All counsel of record [*via* ECF]