UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YIEN-KOO KING, Plaintiff, -against- ANDREW WANG, et al., Defendants. | : | Civ. Action No.: 1:14-cv-07694 (LJL) **REPLY DECLARATION OF AKIVA M. COHEN** |

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., counsel for Defendants, and submit this Reply Declaration in further support of Defendants' motion to exclude testimony from Patrick Regan. I have personal knowledge of the facts set forth herein, and could and would testify competently to them if called to do so. Capitalized terms not otherwise defined herein have the meaning ascribed to them in Defendants' moving brief.

2. Annexed hereto as Exhibits 1-18 are true and correct copies of the following documents:

Ex. 1: Excerpted pages from the Deposition of Patrick Regan.

Ex. 2: Excerpted pages from the 2018-2019 USPAP Rules.

Ex. 3: A letter from Martin Klein to the IRS, dated March 11, 2005.

Ex. 4: A letter from Martin Klein to the IRS, dated May 20, 2005.

Ex. 5: Affirmation of Peter S. Schram, dated August 7, 2006.

Ex. 6: A letter from Martin Klein to the New York State Department of Taxation and Finance, dated February 3, 2005.

Ex. 7: Excerpts from the Deposition of Peter Schram.

Ex. 8: Eileen Kinsella, *The Market for Chinese Art and Antiques Tumbled to a 10-Year Low in 2019, According to Our Exclusive Report*, *available at* https://news.artnet.com/market/chinese-art-and-antiques-decade-low-1921608.

Ex. 9: A certified translation of the Artron disclaimers located at https://www.artron.net/aboutus/mzsm.php.

Ex. 10: Excerpted pages from the Deposition of Arnold Chang.

Ex. 11: Auction results for Gong Xian, *Reclusive Life in the Mountains*, *available at* https://www.christies.com/lot/lot-gong-xian-1618-1689-5272899/.

Ex: 12: Auction results for Gong Xian, *Lake and Woods*, *available at* https://www.christies.com/lot/lot-gong-xian-1612-1689-5209858/.

Ex. 13: Auction results for Gong Xian, *Living in a Forest as a Recluse*, *available at* https://www.christies.com/lot/lot-5088162/.

Ex. 14: Auction results for a search of "Gong Xian" at Sothebys.com, *available at* https://www.sothebys.com/en/search?query=Gong%20Xian&tab=objects.

Ex. 15: Auction results for a search of "Hua Yan" at Sothebys.com, *available at* https://www.sothebys.com/en/search?query=Hua%20Yan&tab=objects.

Ex. 16: Auction results for Hua Yan, *Hermit sitting in a Pine Mountain*, *available at* https://www.christies.com/lot/lot-hua-yan-2413887/.

Ex. 17: Auction results for Hua Yan, *Oriole and Red Leaves*, *available at* https://www.christies.com/lot/lot-hua-yan-4830041/.

Ex. 18: Auction results for Hua Yan, *Zhong Kui on an Outing*, *available at* https://www.christies.com/lot/lot-hua-yan-4830069/.

Dated: New York, New York
March 30, 2021

*/s/ Akiva M. Cohen*
Akiva M. Cohen