**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**YIEN-KOO KING,**

**Plaintiff,**

**-against-**

**ANDREW WANG, SHOU-KUNG WANG, BAO WU TANG, JIAN BAO GALLERY, ANTHONY CHOU, CHEN-MEI LIN, WEI ZHENG, YE YONG-QING, YUE DA-JIN and JOHN DOES 1-9,**

**Defendants.**

**1:14-Civ-07694-(LJL)(JLC)**

**DECLARATION OF TIMOTHY SAVITSKY IN SUPPORT OF PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE**

**Timothy Savitsky, Esq.** hereby declares pursuant to 28 U.S.C. § 1746, under penalties of perjury as follows:

1. I am a member of the Bar of this Court in good standing and an attorney at Sam P. Israel, P.C., counsel to plaintiff Yien-Koo King (the "Plaintiff") in this action. I submit this declaration based upon my personal knowledge to place before the Court certain facts and documents in support of the Plaintiff's Omnibus Motions in Limine and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Andrew Wang ("A. Wang") and Shou-Kung Wangs' ("S.K. Wang," together the "Wangs") joint Answer to the First Amended Complaint in this action [ECF Dkt. 78].

3. Attached hereto as Exhibit 2 is a true and correct copy of the decree of the Surrogate's Court of New York County dated May 9, 2017 denying probate to a purported instrument dated February 18, 2003 and filed by the Wangs.

4. Attached hereto as Exhibit 3 is a true and correct copy of the decision and order of the Supreme Court of New York, Appellate Division, First Department dated June 7, 2018 affirming the May 9, 2017 probate decree.

5. Attached hereto as Exhibit 4 is a true and correct copy of the decision and order of the Supreme Court of New York, Appellate Division, First Department dated January 2, 2020 dismissing Shou-Kung Wang's petition to probate a purported codicil dated February 10, 2003.

6. Attached hereto as Exhibit 5 is a true and correct copy of an order of the Surrogate's Court of New York County dated August 4, 2003 appointing A. Wang as co-fiduciary of the Estate along with the Public Administrator of New York County.

7. Attached hereto as Exhibit 6 is a true and correct copy of the declaration of Dahlia Damas, as Public Administrator of New York County, dated February 14, 2020, without exhibits.

8. Attached hereto as Exhibit 7 are true and correct copy of excerpts from the deposition of Elin Lake-Ewald, taken on June 14, 2019, and Exhibits 2 and 3 to the deposition.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated October 21, 2003 in this action by A. Wang's attorney referencing A. Wang's expected

collection of Chi-Chuan Wang's ("C.C. Wang") seals. This exhibit is bates stamped WANG000055 and was produced by the Wangs in this action.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of A. Wang's deposition held on June 25, 2019.

11. Attached hereto as Exhibit 10 is a true and correct copy of a list of 106 seals which John S. Wang and Y.K. King have testified belong to C.C. Wang. This exhibit is bates stamped KING 001590-96 and was produced by Y.K. King in this action. It is the document referred to as "Chang 10" during the deposition of John S. Wang, *infra*.

12. Attached hereto as Exhibit 11a is a true and correct copy of excerpts from the deposition of John S. Wang held on July 25, 2019.

13. Attached hereto as Exhibit 11b is a true and correct copy of John Wang Exhibit 1 identified at John S. Wang's July 25, 2019 deposition as his notes and drafts related to his recordation of certain of C.C. Wang's seals.

14. Attached hereto as Exhibit 12 is a true and correct copy of a list of "C.C. Wang Seals" produced by the Wangs in this action and bearing bates number. WANG000064-71. Having personally inspected the seals in the Estate's possession at the Surrogate's Court, I have personal knowledge that the seals in Exhibit 12 are the same seals in the Estate's possession.

15. Attached hereto as Exhibit 13 is the Plaintiff's Expert Report of Patrick Regan dated October 11, 2019, without its appendices.

16. Attached hereto as Exhibit 14 is a true and correct copy of an email chain between A. Wang and Martin Klein dated October 7, 2004. This exhibit was produced by the Wangs in this action and bears bates stamp WANG001878-79.

17. Attached hereto as Exhibit 15 is the Plaintiff's first set of document demands served in this action on A. Wang and dated August 8, 2018.

18. Attached hereto as Exhibit 16 is the Plaintiff's first set of document demands served in this action on S.K. Wang and dated August 9, 2018.

19. Attached hereto as Exhibit 17 is a true and correct copy of the "Bao Wu Tang—Magnificent Collection of Classical Chinese Paintings and Calligraphy From Abroad" (the "BWT Catalogue"). This exhibit was produced by the Wangs in this action and bears bates stamp AWSK_00001608-1746. Due to its size, it is broken up in Exhibit 17(a), (b), and (c) on the ECF.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the deposition of A. Wang in a New York County Surrogate's Court Proceeding held in December 2013. Having personally attended the deposition and having read its entire transcript, I have personal knowledge that the deposition of A. Wang lasted four days: December 10, 12, 17, and 19, 2013. I further have personal knowledge that the name Er Shi Fu was not mentioned once during the four days of deposition, nor in any document in the record dated earlier than A. Wang's first interrogatory responses served in this action in 2018.

21. Attached hereto as Exhibit 19 is a true and correct copy of a certified translation of the preface to the BWT Catalogue. This document bears bates stamp KING 003155-61 and was produced by the Plaintiff in this action.

22. Attached hereto as Exhibit 20 is a true and correct copy of a collection of emails sent by A. Wang to "Chien Fang Huang" on May 11, 2011. These documents were produced by the Wangs in this action and bear bates stamps AWSK_00009020-21, AWSK_00009029-30 and AWSK_00009023-28.

23. Attached hereto as Exhibit 21 are true and correct copies of images and information taken from Artron.net and Artnet.com reflecting the sale of certain paintings of C.C. Wang following their private sale by the Estate. The records were produced by the Plaintiff in this action.

24. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the Deposition of Kenneth J. Linsner held on January 28, 2020.

25. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the appellate appendix related to the Wangs' appeal of the May 9, 2017 decree of the Surrogate's Court replicated in Exhibit 2. Having participated in the trial and the subsequent appeal, I have personal knowledge that the contents of the appendix is accurate and was also certified as an accurate copy of the record on appeal by the Wangs' current counsel, Akiva Cohen, on the Wangs' behalf.

26. Attached hereto as Exhibit 24 are true and correct copies of emails sent by Akiva Cohen to me on March 18, 2021 and March 23, 2021 disclosing certain non-retained expert testimony.

27. Attached hereto as Exhibit 25 is a true and correct copy of the Wangs' preliminary proposed exhibit list for the upcoming trial in this action and served by the Wangs on the Plaintiff in March 2021.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Wangs' exhibit list for the jury trial which precipitated the May 9, 2017 decree of the New York County Surrogate's Court.

29. Attached hereto as Exhibit 27 is a true and correct copy of an email received from the Wangs' former counsel in this action on March 14, 2019 stating that the Wangs had "reached out by multiple means" to the trust entity that operated Le Style Ltd. on the Wangs' behalf, Portcullis, but received no response.

30. Attached hereto as Exhibit 28(a) are true and correct copies of photographs of Estate painting "OTE 156" and produced by the Plaintiff in this action.

31. Attached hereto as Exhibit 28(b) are true and correct excerpts of the BWT Catalogue identified in Exhibit 17. The pages from this exhibit were scanned by the Plaintiff from her own copy of the book and were produced in this action.

Dated: New York, New York
April 9, 2020

*/s/ Timothy Savitsky*
Timothy Savitsky, Esq.
*Counsel for Plaintiff Yien-Koo Wang King*