# EXHIBIT 17a

# Bao Wu Tang

Magnificent Collection of Classical Chinese Paintings and Calligraphy from Abroad

# 寶五堂

海外華人重要書畫珍藏展


寶五堂

# 寶五堂

## 海外華人重要書畫珍藏展

编委会主任：崔國民

副主任：郭小淩 勾惠賢

编　委：「按姓氏筆劃排序」

勾惠賢 尹崇捷 姚　安

郭小淩 孫鴻月 張中達

崔國民 温桂華 趙　鋭

鸣　谢：北京市文化創意産業領導小組

北京市文物公司

主办单位：首都博物館

承办单位：北京翰海拍賣有限公司

# 寶五堂

## 海外華人重要書畫珍藏展

首都博物館 編

# *Preface* 序言

首都博物館於今年11月8日迎來《寶五堂——海外華人重要書畫珍藏展》，該項展覽以宋元明清宗師大家的書畫，有序地呈現出中國文化獨具連續性的傳統和藝術面貌。但願大家透過先賢珍貴的遺墨，認識一個典型的華人家族對中國藝術的深刻理解和熱忱不懈的收藏精神。

“寶五堂”是王季遷家族收藏的堂號。顧名思義，在王氏家族現藏的書畫中，有五件極受王氏家族珍愛的墨寶。北宋武宗元“朝元仙仗圖”、北宋郭熙“秋山行旅圖”即是其中“二寶”。前者爲畫史孤品，後者爲收藏界巨迹，皆堪稱國寶級文物。

在20世紀，王季遷先生（1907—2003）是中國書畫鑒藏界的泰鬥和關鍵人物。1935年，王季遷獲遴選故宮博物院赴倫敦展覽的審查委員，這是中國古代書畫首次赴西方的規模展覽。1940年王季遷與德籍美術史學家維多利亞·孔達（Victoria Contag）所合作編纂的《明清畫家印鑒》，爲經驗性目鑒和考據，增添了證據比較學的內容。至今該書仍爲鑒定明清書畫的重要參考書籍。從上世紀60年代始，王氏收藏與創作的中國書畫先後於舊金山笫楊博物館、洛杉磯郡立美術館、哈佛大學福格美術館、香港藝術中心、臺北市立美術館等地展覽。其中以美國沙可樂基金會主辦的全美巡展，最受藝術界的佳評。今天，在美國紐約大都會博物館的中國繪畫館特闢一間以王季遷的名字命名的家族展廳，專門展出王氏收藏的中國書法與繪畫。超過60餘幅的宋元書畫作品是王季遷先生於1973年至1999年之間出讓紐約大都會博物館，其中包括五代董源“溪岸圖”。

王季遷先生旅居紐約曼哈頓五十多年，被譽爲“中國水墨藝術的捍衛者”，“將中國書畫藝術推向西方的靈魂人物”。有生之年曾希望將其重要收藏捐獻祖國，并舉辦個人的藝術創作和收藏展覽。2003年夏天，王季遷先生計劃在國內出版一部書畫作品集并回國舉辦首次個人展覽。不幸的是，展覽畫册付梓之際，老人突然辭世。本次首都博物館舉辦“寶五堂——海外華人重要書畫珍藏展”，將王氏家族的重要收藏展示給祖國同胞，是對這位中國傳統書畫創作與鑒藏一代名宿的真摯告慰。

王季遷先生一生簡樸，纍積家資盡貲書畫，孜孜不懈地尋藏散失的名作巨迹，但不以筆墨爲干祿之具，不以收藏爲牟利之途，惟懷抱一顆公益之心，竭誠傳播中國文化，深具收藏大家的風範。今天，王氏家族的後人秉承季遷先生遺願，將家族收藏的部分重要書畫於首都博物館公開展覽，以饗中國鑒藏界的翹首之望。這一隆重的“省親”，對於未來具有重要的意義。

我謹代表北京市文物局、首都博物館感謝王義强先生對於本次展覽的積極促成和無私合作；感謝北京市文化創意產業領導小組對於本次展覽提供資金贊助；感謝北京翰海拍賣有限公司在承辦展覽過程中的熱忱努力和付出；感謝首博的員工對於展覽工作的盡職表現。

西方評論家曾贊譽王季遷是古老中國與現代西方之間的一座橋梁，相信本次展覽也將成爲海外華人與祖國文化交流的橋梁。

謹此爲序。

崔國民

北京市文物局副局長

二零零九年十一月八日

中華五千年的輝煌歷史，締造了華夏民族的文明。而起源于近二千年前魏晋時期的中國繪畫藝術乃是祖先留給我們的文化瑰寶。值此國慶華誕60周年之際，北京首都博物館舉辦盛大中國古代書畫展覽活動，以獨特的民族繪畫藝術慶祝盛典，我爲此深感驕傲！這次展覽匯集了中國古代書畫在歷史各鼎盛時期的文化遺産，繪畫内容涵蓋了近千年不同時期的作品，爲古代書畫愛好者提供了一次難得的觀賞機緣。

此次展覽匯集了先祖父王己千（季遷）先生的舊藏，以及家族成員的部分藏品，其收藏内容包涵了宋元明清等歷代的書畫珍品。

本次展覽題材之豐富，内容之精彩，展示了王氏家族收藏品的重要性。作爲王氏家族的繼承人之一，我感到有義務將家族中的重要收藏品組織起來展示在國人面前。使愛好中國古代書畫的朋友們有機會更深入的了解自己的民族文化及其藝術傳統的博大精神。與此同時，由于特殊原因，本人暫無法組織展示家族收藏品之全貌，此乃一憾事！期望不久的將來再次有機會舉辦此類形式的展覽。

二戰之后，失散的中國古代書畫精品源源不斷地由亞洲和歐洲流入美國。早在1947年，先祖父曾被邀請到美國紐約大都會博物館從事考察工作。在目睹了這一情景之后，祖父决定與祖母在美國生活長達近一個甲子的人生厲程。幾十年的節儉生活，换來了許多稀世珍品。爲了提高中國古代書畫在國際上的應有的地位，祖父不但鼓勵和引導各方人士欣賞中國藝術，而且他的“溪岸草堂”畫室也時常變成了美國多所大學東方藝術系的課堂。在多年維持生計的同時， 他經常會以半捐半賣的形式將難舍的藏品轉讓給博物館。因此美國紐約大都會博物館自70年代開始成爲了世界上收藏中國古代書畫最具權威性的博物館之一。

爲了感謝王氏家族在提高中國文化方面所做的貢獻，1997年紐約大都會博物館特別建立了“王己千家族藝術館”。此館的落成，進一步奠定了中國傳統書畫在國際舞臺上的重要地位，也爲中國古代書畫的重新崛起奠定了良好的基礎。

在經歷了二十多年的坎坷發展裹程之后，中國古代書畫終于開始顯露出它所應有的魅力及歷史價值。但我相信隨着中國經濟的持續不斷發展和國人對自己民族文化的深一步了解，中國古代書畫的真正歷史價值將被世人認可，而其主要推動力還需依靠華夏子孫的不懈努力。

值此國慶盛典，國泰民安之盛世。作爲中華民族的后人，本人爲有幸參加北京首都博物館的展覽活動而甚感欣慰。在此由衷的感謝爲本次展覽提供支持和幫助的機構及中外友人。并預祝展覽會圓滿成功！

王義强

寶五堂主人
二零零九年十一月八日

# 圖版

1 北宋 武宗元 朝元仙仗圖 002
2 北宋 郭熙 秋山行旅圖 016
3 宋 陳容 墨龍圖 018
4 元 倪瓚 溪山仙館圖 022
5 元 倪瓚 霜林湍石 024
6 元 吳鎮 竹石圖 026
7 元 邊武 蘆雁圖 028
8 元 顏輝 五祖授鉢 030
9 元 方從義 雲山圖 038
10 明 夏昶 蒼崖春雨 040
11 宋元十一家書札 042
12 明 呂紀 錦鷄圖 054
13 明 姚綬 山獻翠屏圖 056
14 明 沈周 山水 058
15 明 文徵明 行書 064

目録


16 明 唐寅 招辭圖 066

17 明 董其昌 臨懷素自敘帖 072

18 明 董其昌 仿梅道人山水 090

19 明人金扇集萃 092

20 明 王鐸 草書 100

21 清 王時敏 仿趙松雪山水 102

22 清 吴歷 山水 104

23 清 王鑑 山水 106

24 清 王翬 夏木垂蔭 110

25 清 王原祁 陡壑密林 112

26 清 朱耷 鳥石圖 114

27 清 華嵒 雪雀圖 116

圖版説明 119

# Plate


1
Northern Song Dynasty
**Wu Zong Yuan**
**Chaoyuan Celestial Cane** 002

2
Northern Song Dynasty
**Guo Xi**
**Traveling in Autumn Mountains** 016

3
Song Dynasty
**Chen Rong**
**Dragon** 018

4
Yuan Dynasty
**Ni Zan**
**Residence in Xishan Mountain** 022

5
Yuan Dynasty
**Ni Zan**
**Woods in Frost and Rock in River** 024

6
Yuan Dynasty
**Wu Zhen**
**Bamboo and Rock** 026

7
Yuan Dynasty
**Bian Wu**
**Wild Goose** 028

8
Yuan Dynasty
**Yan Hui**
**The Story of the Fifth Patriarch of Zen Buddhism** 030

9
Yuan Dynasty
**Fang Cong Yi**
**Clouds in Mountains** 038

10
Ming Dynasty
**Xia Chang**
**Cliff in Rain of Spring** 040

11
Song~Yuan Dynasty
**11 Masters Calligraphy** 042

12
Ming Dynasty
**Lu Ji**
**Golden Pheasants** 054

13
Ming Dynasty
**Yao Shou**
**Landscape** 056

*14*
Ming Dynasty
**Shen Zhou**
**Landscape** 058

*15*
Ming Dynasty
**Wen Zheng Ming**
**Calligraphy** 064

*16*
Ming Dynasty
**Tang Yin**
**Zhao Ci Landscape** 066

*17*
Ming Dynasty
**Dong Qi Chang**
**After HuaiSu's Zi Xu Tie** 072

*18*
Ming Dynasty
**Dong Qi Chang**
**Landscape After Wu Zhen** 090

*19*
Ming Dynasty
**Several Masters' Landscapes and Portraits** 092

*20*
Ming Dynasty
**Wang Duo**
**Calligraphy** 100

*21*
Qing Dynasty
**Wang Shi Min**
**After Zhao Song Xue's landscape** 102

*22*
Qing Dynasty
**Wu Li**
**Landscape** 104

*23*
Qing Dynasty
**Wang Jian**
**Landscape** 106

*24*
Qing Dynasty
**Wang Hui**
**Shade of Tree in Summer** 110

*25*
Qing Dynasty
**Wang Yuan Qi**
**Steep Mountain and Thick Woods** 112

*26*
Qing Dynasty
**Zhu Da**
**Bird and Rock** 114

*27*
Qing Dynasty
**Hua Yan**
**Sparrows** 116

**Explanation 119**

# 圖 版

# Plate




*1*

武宗元　朝元仙仗圖

水墨絹本 卷
縱 57.8厘米 橫 790厘米




開光童子
開明童子
太丹玉女
太清仙伯
元陽童子
扶桑大帝
西靈玉童


天騶甲卒
天丁力士
明星大神
飛天神王
太極仙侯



虎碧萬變金童
自在金童
含和太光玉女
夜靈玄妙金童
光妙音真人
至靈太極玉女
斬魔神慧金童


蒼元洞陰玉女
空洞靈光玉女
洞真元氣金童
南極天帝君
易遷金華玉女
玄都七寶金童
梵氣彌羅玉女
太玄真人


紫華扶晨玉女
東華天帝君
洞空無相金童
珠林淨光玉女
太極丹華金童
仙樂龜茲部


太玄夜精玉女
法相真人


散花玉女
香林惠化玉女
守素玉女
素靈太妙金童
守淨玉女
太妙真人


洞陰玄和玉女
上真自然金童
妙音惠空玉女
朱光妙善金童
碧落太華金童


右吳道子畫五帝朝元圖參政張公所藏
也後以歸余不改裝褫猶為物之貿者焉
乾道八年六月望岐陽張子頎書
余嘗見山谷跋武虞部五如來像云虞部筆力道古可追
吳生便覺石恪筆相去遠甚不足可觀此圖是虞部真
筆宣和譜中所載朝元仙仗是也与余所見五如來像用
筆政同故不敢以為吳筆然實數百年間寶繪也虞部
名宗元字總之大德甲辰八月望日吳興趙孟頫跋




仙樂龜茲部
太極丹華金童







2

郭熙　秋山行旅圖

設色絹本 軸
縱 140厘米 橫 96.5厘米



3

陳容　墨龍圖

水墨紙本 卷

縱 31.5厘米 橫 118.5厘米













4

倪瓚　溪山仙館圖

水墨絹本 軸
縱 67厘米 橫 29厘米




5

倪瓚　霜林湍石

水墨紙本 軸
縱 49.5厘米 横 32.5厘米


王歆宅東開窗坐政〻望
見虞山松檜林一酌松肪
常筍脯為君呼筆寫
蕭森戲寫霜林滯石
并題小詩贈
守道先生十一日瓚





6

吴 鎮 竹石圖

水墨紙本 軸

縱 100厘米 横 33.5厘米





7

邊武　蘆雁圖

設色絹本 軸
縱 156厘米 橫 70厘米



8

顏輝　五祖授鉢

水墨絹本 卷
縱 38厘米 橫 327厘米















9

方從義　雲山圖

水墨紙本 軸
縱 50.5厘米 横 24.5厘米








10

夏昶　蒼崖春雨

水墨絹本 軸
縱 152.5厘米 横 57厘米