UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

YIEN-KOO KING,

Plaintiff,

-against-

ANDREW WANG, et al.,

Defendants.

-------------------------------------------------------X

Civ. Action No.: 1:14-cv-07694 (LJL)

**DECLARATION OF AKIVA M. COHEN**

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., counsel for Defendants, and submit this Declaration in support of Defendants' Omnibus Motions in Limine. I have personal knowledge of the facts set forth herein, and could and would testify competently to them if called to do so. Capitalized terms not otherwise defined herein have the meaning ascribed to them in Defendants' moving brief.

2. Annexed hereto as Exhibits 1-162 are true and correct copies of the following documents. Except where Plaintiff used needlessly inflammatory descriptions, for Exhibits 1-14, 16-41, 50-81, 89-124, and 130-152, the descriptions listed below are those that Plaintiff's counsel provided in her preliminary exhibit list:

1. (Ex. 1) Large List of Paintings in CC Wang's Handwriting;
2. (Ex. 2) March 24, 2003 - List of Chinese Paintings with SK's Assigned Numbers;
3. (Ex. 3) January 18, 2005 - List of Chinese Paintings in SK's Handwriting;
4. (Ex. 4) March 30, 2008 - List of Chinese Paintings with SK's Handwriting;
5. (Ex. 5) February 21, 1997 - CC Wang Revocable Trust;
6. (Ex. 6) May 21, 2003 - Alleged CC Revocation of Kings' Power of Attorney for CC and Appointment of SK;
7. (Ex. 7) July 1, 2003 - CC Trust Revocation Letter with Writing by SK;

8. (Ex. 8) June 3, 2005 - Charles Schwab Statements for CC Wang Revocable Trust Account;
9. (Ex. 9) March 29, 2003 - List of Art Returned to S.K. Wang;
10. (Ex. 10) April 15, 2003 - List of Art Returned to S.K. Wang;
11. (Ex. 11) Handwritten list of works to Be Given By SK to YK [KK83];
12. (Ex. 12) May 16, 2003 - Art returned to S.K. Wang;
13. (Ex. 13) May 11, 2005 - Shanghai Exchange Signed by Y.K. King and A. Wang;
14. (Ex. 14) September 19, 2003 - List of Paintings Faxed by Andrew to Hilton Soniker;
15. (Ex. 15) Kamerman Soniker invoice, codicil, and Erlichster invoice (identified on Plaintiff's preliminary exhibit list as a single exhibit titled "Klein Letter and Copies of Receipts");
16. (Ex. 16) February 2003 - Charles Schwab Account Statements;
17. (Ex. 17) February 10, 2003 Codicil to the Will of CC Wang;
18. (Ex. 18) February 18, 2003 Will of CC Wang;
19. (Ex. 19) Names and Photographs of 21 plus 4 Group of Paintings Under Contest by Yien-Koo King;
20. (Ex. 20) May 5, 2011 Jin'an Hotel Room Rental Receipt;
21. (Ex. 21) May 5, 2011 Jin'an Hotel Conf Rm Rental Receipt;
22. (Ex. 22) May 11, 2005 - D2014 Safe Deposit Box Opening Form;
23. (Ex. 23) May 12, 2005 - Agreement re: the Donation of the Wu ZhongYuan's Procession of the Taoist Immortals;
24. (Ex. 24) March 30, 2006, May 16, 2007, and March 18, 2008 - Safe Deposit Box Payment Receipts for D2014;

25. (Ex. 25) March 25, 2009 - Safe Deposit Box Payment Receipts for D2014;
26. (Ex. 26) June 6, 2005 - Andrew Wang Fax to Hugh Mo;
27. (Ex. 27) 2009 Video of Yien-Koo King and Municipal Court Opening of Safe Deposit Box D2014. (Part 1).mp4 (provided on DVD under separate cover);
28. (Ex. 28) 2009 Video of Yien-Koo King and Municipal Court Opening of Safe Deposit Box D2014. (Part 2).mp4 (provided on DVD under separate cover);
29. (Ex. 29) 2009 - Photographs of Wu Zongyuan Copy from Safe Deposit Box D2104;
30. (Ex. 30) Scan of Key from A. Wang 1;
31. (Ex. 31) Scan of Key from A. Wang 2;
32. (Ex. 32) August 26, 2003 – Letter from Hui Chen;
33. (Ex. 33) August 28, 2003 - Hui Chen Power of Attorney;
34. (Ex. 34) December 11, 2012 - A. Wang Answer to Interrogatories re the Shanghai Exchange;
35. (Ex. 35) May 9, 2017 - New York County Surrogate's Court Decree;
36. (Ex. 36) June 7, 2018 - New York Supreme Court Appellate Division, First Department Decision Affirming May 19, 2017 Decree;
37. (Ex. 37) August 2006 - Affidavit of A. Wang in Filed in Opposition to Petition to Remove Andrew Wang as Preliminary Executor;
38. (Ex. 38) March 30, 2015 - Affidavit of A. Wang re D2014 Safe Deposit Box and Key;
39. (Ex. 39) January 2, 2020 - New York Supreme Court Appellate Decision;
40. (Ex. 40) May 12, 2014 - Petition of James E. Tcheng, M.D., to Remove A. Wang as Estate Fiduciary Filed in the New York County Surrogate's Court;

41. (Ex. 41) August 28, 2014 - Verified Answer to the May 12, 2014 Removal Petition, Signed by S.K. Wang;
42. (Ex. 42) Excerpts from the November 21, 2013 Deposition of Yien-Koo King;
43. (Ex. 43) Excerpts from the December 3, 2013 Deposition of Yien-Koo King;
44. (Ex. 44) Excerpts from the June 27, 2019 Deposition of Yien-Koo King;
45. (Ex. 45) The ruling of the Shanghai appellate court in Plaintiff's Chinese action relating to the Wu;
46. (Ex. 46) Excerpts from the June 18, 2019 Deposition of Kenneth King;
47. (Ex. 47) The verdict sheet from the probate trial;
48. (Ex. 48) An email chain between Tim Savitsky and myself, with the latest email dated April 2, 2021;
49. (Ex. 49) Excerpts from the transcript of the probate trial;
50. (Ex. 50) December 12, 2010 - Artron.net record purporting to show the auction of Ni Zan's Trees on the River Shore [OTE 129];
51. (Ex. 51) April 30, 2008 - Artron.net record purporting to show the auction of Ni Zan's Bamboo and Rock [OTE 106];
52. (Ex. 52) December 3, 2013 - Artron.net record purporting to show the auction of Wang Hui's Summer Woods [OTE 130];
53. (Ex. 53) May 26, 2009 - Artron.net record purporting to show the auction of Shi Tao's Vegetables [OTE 115];
54. (Ex. 54) June 6, 2016 - Artron.net record purporting to show the auction of Wu Li's Landscape Album [OTE 136];
55. (Ex. 55) December 1, 2008 - Artron.net record purporting to show the auction of Anonymous Horse and Groom [OTE 137];

56. (Ex. 56) December 6, 2008 - Artron.net record purporting to show the auction of Qian Du Watching the Clouds Arise [OTE 153];
57. (Ex. 57) May 28, 2008 - Artron.net record purporting to show the auction of Li Song's Drinking Banquet [OTE 133];
58. (Ex. 58) December 12, 2013 - Artron.net record purporting to show the auction of Ma Yuan's Scholar Under Pine [OTE 159];
59. (Ex. 59) December 12, 2013 - Artron.net record purporting to show the auction of Ma Yuan's Crane & Scholar [OTE 158];
60. (Ex. 60) December 12, 2008 - Artron.net record purporting to show the auction of Wang Hui's Woodcutter of Mt Luofu [OTE 121];
61. (Ex. 61) April 6, 2014 - Artron.net record purporting to show the auction of Wang Yuanqi's Landscape after Huang Gongwang [OTE 120];
62. (Ex. 62) December 16, 2009 - Artron.net record purporting to show the auction of Wang Yuanqi's Landscape after Huang Gongwang [OTE 128];
63. (Ex. 63) June 3, 2010 - Artron.net record purporting to show the auction of Xu We's Calligraphy in Cursive Script [OTE 161];
64. (Ex. 64) May 28, 2008 - Artron.net record purporting to show the auction of Ding YunPeng's Scene from Tao YuanMing [OTE224];
65. (Ex. 65) April 30, 2008 - Artron.net record purporting to show the auction of Ren Yi's Three Knights Errant [OTE 126];
66. (Ex. 66) December 6, 2008 - Artron.net record purporting to show the auction of Shi Tao's Banana Palm and Rock [OTE 88];
67. (Ex. 67) December 7 2013 - Artron.net record purporting to show the auction of Wang Jian's Landscapes in Handscroll [OTE 156];

68. (Ex. 68) December 4, 2010 - Artron.net record purporting to show the auction of Huang Shen's Weaving Lady [OTE 90];
69. (Ex. 69) June 3, 2010 - Artron.net record purporting to show the auction of Wang YuanQi's Landscape after Huan GonWang [OTE 218];
70. (Ex. 70) November 25, 2014 - Artron.net record purporting to show the auction of Anonymous - Lu Ji Bird in Landscape [OTE 89];
71. (Ex. 71) November 28, 2016 - Artron.net record purporting to show the auction of Fang CongYi's Cloudy Landscape [OTE 131];
72. (Ex. 72) April 30, 2008 - Chieftown Beijing record purporting to show the auction of Ni Zan's Bamboo and Rock [OTE 106];
73. (Ex. 73) May 26, 2009 - Chieftown Beijing record of auction of Shi Tao's Vegetables [OTE 115];
74. (Ex. 74) December 6, 2008 - Chieftown Beijing record purporting to show the auction of Qian Du Watching the Clouds Arise [OTE 153];
75. (Ex. 75) April 30, 2008 - Chieftown Beijing record purporting to show the auction of Tang Yin's Mountain Pavilion [OTE 238];
76. (Ex. 76) May 28, 2008 - Chieftown Hong Kong record of the auction of Li Song's Drinking Banquet [OTE 133];
77. (Ex. 77) December 12, 2008 - Chieftown Beijing record of auction of Wang Hui's Woodcutter of Mt Luofu [OTE 121];
78. (Ex. 78) June 3, 2010 - Poly Auction record purporting to show the auction of Xu Wei's Calligraphy in Cursive Script [OTE 161];
79. (Ex. 79) May 28, 2008 - Chieftown Hong Kong record purporting to show the auction of Ding YunPeng's Scene from Tao YuanMing [OTE224];

80. (Ex. 80) April 30, 2008 - Chieftown Beijing record purporting to show the auction of Ren Yi's Three Knights Errant [OTE 126];
81. (Ex. 81) December 6, 2008 - Chieftown Beijing record purporting to show the auction of Shi Tao's Banana Palm and Rock [OTE 88];
82. (Ex. 82) Excerpts from the January 7, 2020 Deposition of Patrick Regan;
83. (Ex. 83) Excerpts from the November 25, 2004 Deposition of Yien-Koo King;
84. (Ex. 84) Excerpts from the November 26, 2004 Deposition of Yien-Koo King;
85. (Ex. 85) Excerpts from the March 26th, 2005 Deposition of Yien-Koo King;
86. (Ex. 86) Excerpts from the April 2, 2019 Deposition of Yien-Koo King;
87. (Ex. 87) Excerpts from the April 29, 2019 Deposition of Yien-Koo King;
88. (Ex. 88) A schedule of property in the possession of the Kings filed by the Kings in their bankruptcy action;
89. (Ex. 89) 0024F2 - Guo Xi - P6.mov (provided on DVD under separate cover);
90. (Ex. 90) 0026AT - Guo Xi - P2.mov (provided on DVD under separate cover);
91. (Ex. 91) 0031WM - Guo Xi - P5.mov (provided on DVD under separate cover);
92. (Ex. 92) 0036HU - Guo Xi - P4.mov (provided on DVD under separate cover);
93. (Ex. 93) 0042IQ - Guo Xi - P7.mov (provided on DVD under separate cover);
94. (Ex. 94) 0043R8 - Green Mountain Landscape.mov (provided on DVD under separate cover);
95. (Ex. 95) 0044JX - Green Mountain Landscape.mov (provided on DVD under separate cover);
96. (Ex. 96) 0048OF - Wu Zhen Wild Bamboo.mov (provided on DVD under separate cover);

97. (Ex. 97) 0049JN - Watching the Clouds Arise.mov (provided on DVD under separate cover);
98. (Ex. 98) 0052GB - Landscape.mov (provided on DVD under separate cover);
99. (Ex. 99) 0053T6 - Wu Card.mov (provided on DVD under separate cover);
100. (Ex. 100) 0054DH - Wu Card.mov (provided on DVD under separate cover);
101. (Ex. 101) 0055I7 - Dragon and Pearl.mov (provided on DVD under separate cover);
102. (Ex. 102) 0056BS - CC Wang.mov (provided on DVD under separate cover);
103. (Ex. 103) 0057BT - 16 Louhans.mov (provided on DVD under separate cover);
104. (Ex. 104) 0068GB - Bao Wu Tang Banner Outside Capital Museum.mov (provided on DVD under separate cover);
105. (Ex. 105) 0069LD - Capital Museum Building.mov (provided on DVD under separate cover);
106. (Ex. 106) 0071F1 - Capital Museum Building.mov (provided on DVD under separate cover);
107. (Ex. 107) 0124G5 - Rocky Landscape.mov (provided on DVD under separate cover);
108. (Ex. 108) 0125Z5 - Rocky Landscape 2.mov (provided on DVD under separate cover);
109. (Ex. 109) 0127OJ - Hilly Lanscape.mov (provided on DVD under separate cover);
110. (Ex. 110) 0128YB - Hilly Landscape 3.mov (provided on DVD under separate cover);

111. (Ex. 111) 0131J0 - Swallows Sparrows in the Snow.mov (provided on DVD under separate cover);
112. (Ex. 112) 0132PR - Swallows Sparrows in Snow 2.mov (provided on DVD under separate cover);
113. (Ex. 113) 0134D7 - Rock and Crow and Waerfall Landscape.mov (provided on DVD under separate cover);
114. (Ex. 114) 0136UX - Waterfall Landscape.mov (provided on DVD under separate cover);
115. (Ex. 115) 0139AU - Old Rock and Bamboo.mov (provided on DVD under separate cover);
116. (Ex. 116) 00288O - Guo Xi - P3.mov (provided on DVD under separate cover);
117. (Ex. 117) 00523J - Guo Xi SHanghai Exchange - P1.mov (provided on DVD under separate cover);
118. (Ex. 118) 00587T - NiZan Rock and Bamboo.mov (provided on DVD under separate cover);
119. (Ex. 119) 00669S - Exhibition Information.mov (provided on DVD under separate cover);
120. (Ex. 120) 00671P - Exhibition Hallway.mov (provided on DVD under separate cover);
121. (Ex. 121) 01302Z - Landscape Handscroll.mov (provided on DVD under separate cover);
122. (Ex. 122) 01331S - Calligraphy.mov (provided on DVD under separate cover);
123. (Ex. 123) 01409V - Old Rock and Bamboo Next to NiZan.mov (provided on DVD under separate cover);

124. (Ex. 124) 005100 - Tang Yin Landscape Handscroll 2.mov (provided on DVD under separate cover);
125. (Ex. 125) An email from Yien-Koo King to Alfreda Murck, dated February 12, 2019;
126. (Ex. 126) Plaintiff's Responses and Objections to Defendants' First and Second Set of Interrogatories;
127. (Ex. 127) Defendants' Second Set of Requests for Production;
128. (Ex. 128) Excerpts from the June 25, 2019 Deposition of Andrew Wang;
129. (Ex. 129) Email between myself and Tim Savitsky dated March 3, 2021;
130. (Ex. 130) KING7 - 1132 - CCTV video.mp4 (provided on DVD under separate cover);
131. (Ex. 131) November 9, 2009 Article published by China.com.cn, and certified translation, entitled Domestic and Foreign Treasures Gathered in Beijing;
132. (Ex. 132) November 13, 2009 Article published by China.com.cn and certified translation entitled Invaluable Original Painting Xishan Xianguan from Ni Zan;
133. (Ex. 133) Bao Wu Tang Catalogue (filed as Part A and Part B due to PACER size constraints);
134. (Ex. 134) Translation of Bao Wu Tang Catalogue Preface;
135. (Ex. 135) 2010 Poly Museum Exhibition Catalogue (filed as Part A and Part B due to PACER size constraints);
136. (Ex. 136) January 18, 2006 – Andrew Wang Email to Yi-Li;
137. (Ex. 137) May 2, 2007 - $875,000 Wire to Chen Tao Hsuan and August 7, 2007 $400,00000 wire to Chen Tao-Hsuan;
138. (Ex. 138) September 22, 2009 Andrew Wang Chase Bank Account Statement;

139. (Ex. 139) July 22, 2010 - Le Limited Incorporation Records;

140. (Ex. 140) May 11, 2011 Andrew Wang email to Chien Fang Huang;

141. (Ex. 141) April 30, 2013 - Contract of Sale between Fortuna Valentino and Le Tao Limited for Purchase of $5.9 million Property;

142. (Ex. 142) April 30, 2013 - Amendment to Contract of Sale for 117 Old House Lane;

143. (Ex. 143) May 5-6, 2013 - Bank Records Showing $590,00000 Transfer from Le Tao Limited HSBC Bank Account;

144. (Ex. 144) September 25, 2013 - SK Wang Irrevocable Trust Creation Document;

145. (Ex. 145) September 25, 2013 - IRS Tax number assigned to SK Irrevocable Trust;

146. (Ex. 146) September 13, 2013 SK Wang Irrevocable Trust Chase Bank Statement;

147. (Ex. 147) Records from Lau & Associates re: Purchase of 117 Old House Road;

148. (Ex. 148) October 2, 2013 - Deed for Purchase of $5.9 Million Property;

149. (Ex. 149) June 2015 - HSBC Statement showing $1.4 Million wire to Cao Ching Wang from Rong Luo;

150. (Ex. 150) June 16, 2015 - Real Property Transfer Report Signed by Cao Ching Wang;

151. (Ex. 151) March 1, 2017 - Rong Luo HSBC - $825,000 Transfer Record;

152. (Ex. 152) March 23, 2017 – Andrew Wang and Rong Luo Purchase Record for of $925,00000;

153. (Ex. 153) Contract of Sale between the Estate and Anthony Chou;

154. (Ex. 154) Contract of Sale between the Estate and Chen Mei-Lin;

155. (Ex. 155) Contract of Sale between the Estate and Wei Zhang;

156. (Ex. 156) First Contract of Sale between the Estate and Yong Qing-Ye;

157. (Ex. 157) Second Contract of Sale between the Estate and Yong Qing-Ye;

158. (Ex. 158) Contract of Sale between the Estate and Yue Da-Jin;

159. (Ex. 159) Sotheby's invoice, dated December 1986, reflecting Jian Bao Gallery's purchase of the Ma Yuan landscape album;

160. (Ex. 160) Records reflecting payment for the Ma Yuan landscape album;

161. (Ex. 161) Business Certificate for Jian Bao Gallery, filed in New York County in December 28, 1983, reflecting that Jian Bao Gallery was a d/b/a for Shou-Kung Wang;

162. (Ex. 162) Excerpts from the June 24, 2019 Deposition Testimony of Shou-Kung Wang;

Dated: New York, New York
April 9, 2021

*/s/ Akiva M. Cohen*
Akiva M. Cohen