UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YIEN-KOO KING,

                             Plaintiff,

      -v-

ANDREW WANG, et al.,

                            Defendants.

------------------------------------------------------------------X

14-cv-7694 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' various motions and hereby adopts the following schedule. The deadline for oppositions to the pretrial motions is extended to April 23, 2021. The deadline for replies is extended to April 30, 2021. The parties shall submit the joint pretrial order by June 1, 2021.

      Defendants' request for a conference is denied, but Defendants shall have an additional twenty-six (26) pages to respond to Plaintiff's motion for sanctions and adverse inferences.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 247, 255.

      SO ORDERED.

Dated: April 12, 2021
       New York, New York

                                                  LEWIS J. LIMAN
                                              United States District Judge