**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**YIEN-KOO KING,**

**Plaintiff,**

**-against-**

**ANDREW WANG, SHOU-KUNG WANG, BAO WU TANG, JIAN BAO GALLERY, ANTHONY CHOU, CHEN-MEI LIN, WEI ZHENG, YE YONG-QING, YUE DA-JIN and JOHN DOES 1-9,**

**Defendants.**

**1:14-Civ-07694-(LJL)(JLC)**

**DECLARATION OF TIMOTHY SAVITSKY IN OPPOSITION TO THE DEFENDANTS' OMNIBUS MOTIONS IN LIMINE**

**Timothy Savitsky, Esq.** hereby declares pursuant to 28 U.S.C. § 1746, under penalties of perjury as follows:

1. I am a member of the Bar of this Court in good standing and an attorney at Sam P. Israel, P.C., counsel to plaintiff Yien-Koo King (the **"**Plaintiff**"**) in this action. I submit this declaration based upon my personal knowledge to place before the Court certain facts and documents in opposition to the Defendants' (the "Wangs") Omnibus Motions in Limine and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of the declaration of Yien-Koo King, dated February 14, 2020, previously submitted in support of her motion for summary judgment.

4. Attached hereto as Exhibit 3 is a true and correct copy of a petition filed by Yien-Koo King in November 2018 seeking to hold Andrew Wang in civil and criminal contempt of court for his theft of paintings at a settlement exchange held in Shanghai in May 2005. This proceeding is currently pending in the New York County Surrogate's Court.

5. Attached hereto as Exhibit 4 is a true and correct copy of a petition filed by Yien-Koo King in May 2016 seeking replevin on behalf of the C.C. Wang Revocable Trust and alleging the trust's purported revocation was fraudulently executed by Shou-Kung Wang. This proceeding is currently pending in the New York County Surrogate's Court.

6. Attached hereto as Exhibit 5 is a true and correct copy of the May 10, 2005 list of paintings exchanged in Shanghai. This exhibit was produced by the Plaintiff in this action.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the parties' appellate record of the 2017 probate trial and containing an excerpt from Raymond King's April 2017 trial testimony. This record was certified as part of the appellate record by the Wangs' attorney, Akiva Cohen, and the marked corrections to the transcript were made by his office prior to the filing of the record on appeal.

8. Attached hereto as Exhibit 7 are true and correct excerpts from a list of paintings, jointly created by the Plaintiff and the Defendants, concerning each parties' positions on the alleged ownership and location of certain classical Chinese Paintings. Notations have been added by Y.K. King's attorneys to cross-reference paintings on this joint "Bryan Cave List" with paintings identified on the "Shanghai Exchange" list. *See* Exhibit 5, *supra*.

9. Attached hereto as Exhibit 8 is a true and correct printout taken from https://auction.artron.net/paimai-art56710692. This exhibit was produced by the Plaintiff in this action.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Patrick Regan, dated October 11, 2019, without its appendices.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of the Wangs' expert, Kenneth J. Linsner.

12. Attached hereto as Exhibit 11 is a true and correct copy of a May 22, 2019 email sent by Y.K. King's counsel to the Wangs' counsel producing the video clips of the 2009 Bao Wu Tang exhibition at the Capital Museum.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Andrew Wang's December 12, 2013 deposition in the Estate of C.C. Wang proceeding pending in the Surrogate's Court.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the parties' appellate record of the 2017 probate trial and containing an excerpt from Andrew Wang's trial testimony. This record was certified as part of the appellate record by the Wangs' attorney, Akiva Cohen, and the marked corrections to the transcript were made by his office prior to the filing of the record on appeal.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Andrew Wang's December 10, 2013 deposition in the Estate of C.C. Wang proceeding pending in the Surrogate's Court.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Shou-Kung Wang's June 24, 2019 deposition in this proceeding.

17. Attached hereto as Exhibit 16 is a true and correct copy of an email dated April 22, 2005 from Andrew Wang to Martin Klein stating that the value of eight paintings allegedly owned by Hui Chen, but in the Estate's possession was $310,000.00. This exhibit was produced by the Wangs in this action.

18. Attached hereto as Exhibit 17 is a true and correct copy of a letter, dated May 20, 2005, purportedly written by Hui-Chen Wang Chen, C.C. Wang's cousin purportedly living in Taiwan. This exhibit was produced by the Wangs and was forwarded to the Public Administrator of New York County in 2005 in order to induce the Estate's sale of paintings supposedly owned by Hui Chen Wang Chen.

19. Attached hereto as Exhibit 18 are true and correct copies of wire records produced by the Wangs in this action evidencing $1.625 million worth of wires from Shou-Kung Wang to "Chen Tao-Hsuan" (reportedly Hui Chen Wang Chen's daughter) between 2007 and 2008. These records were produced by the Wangs in this action.

20. Attached hereto as Exhibit 19 is a true and correct copy of an order entered in the New York County Surrogate's Court and dated August 4, 2003.

21. Attached hereto as Exhibit 20 is a true and correct copy of Appendix A to Patrick Regan's expert report, containing his fair market value appraisal of the 98 Paintings.

22. Attached hereto as Exhibit 21 is a true and correct copy of emails between Andrew Wang and Martin Klein in February 2009, concerning a proposed sale of paintings to "Yue Da Jin." This exhibit was produced by the Wangs in this action.

23. Attached hereto as Exhibit 22 is a true and correct copy of various public records of the Wangs' real estate transaction in New York between 2013 and 2017. These records were taken from New York City and Nassau County public online databases by the Plaintiff's counsel.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the parties' appellate record of the 2017 probate trial and containing an excerpts from Andrew Wang's trial testimony. This record was certified as the appellate record by the Wangs' attorney, Akiva Cohen,

and the marked corrections to the transcript were made by his office prior to the filing of the record on appeal.

Dated: New York, New York
April 23 2020

/s/*Timothy Savitsky*
Timothy Savitsky, Esq.
*Counsel for Plaintiff Yien-Koo Wang King*