UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIEN-KOO KING, Plaintiff, -against- ANDREW WANG, et al., Defendants. | Civ. Action No.: 1:14-cv-07694 (LJL) **REPLY DECLARATION OF AKIVA M. COHEN** |

1. I am a Partner at Kamerman, Uncyk, Soniker, & Klein, P.C., counsel for Defendants, and submit this Declaration in further support of Defendants' Motions in Limine. I have personal knowledge of the facts set forth herein, and could and would testify competently to them if called to do so.

2. Annexed hereto as Exhibit 1 is a copy of relevant testimony from the deposition of Joseph Erlichster.

3. Annexed hereto as Exhibit 2 is a copy of the Affidavit of Chona Luz H. Sianson-Lippert.

4. Annexed hereto as Exhibit 3 is a copy of the Affidavit of Preciosa Roque.

5. Annexed hereto as Exhibit 4 is a copy of relevant medical records.

6. Annexed hereto as Exhibit 5 is a copy of relevant pages from the probate trial transcript.

7. Annexed hereto as Exhibit 6 is a copy of pages from the depositions of Yien-Koo relevant to C.C. Wang's health in early 2003.

8. Annexed hereto as Exhibit 7 is a copy of relevant pages from the deposition of Jose Dominguez.

9. Annexed hereto as Exhibit 8 is a copy of the Allen Appel inventory.

10. Annexed hereto as Exhibit 9 is a copy of bankruptcy schedules submitted to the bankruptcy court by Yien-Koo and Kenneth King.

11. Annexed hereto as Exhibit 10 is a copy of relevant pages from the depositions of Yien-Koo relating to their supposed inventory of Decedent's bank vault and identification of allegedly missing paintings.

12. Annexed hereto as Exhibit 11 is a copy of relevant pages from prior depositions highlighting Plaintiff's changing and incredible stories on key issues in the parties' near two-decades of litigation.

13. Annexed hereto as Exhibit 12 is a copy of relevant pages from Plaintiff's March 15, 2005 deposition.

14. Annexed hereto as Exhibit 13 is a copy of S.K. Wang's brief in the Surrogate's Court in opposition to Plaintiff's motion to collaterally estop the probate of C.C. Wang's February 10, 2003 codicil.

15. Annexed hereto as Exhibit 14 is a copy of S.K. Wang's brief to the Appellate Division in connection with Plaintiff's appeal from denial of her motion to collaterally estop the probate of C.C. Wang's February 10, 2003 codicil.

16. Annexed hereto as Exhibit 15 is a copy of relevant pages from the February 2, 2005 deposition of S.K. Wang.

17. Annexed hereto as Exhibit 16 is a copy of Jerome Kamerman's Affirmation in support of Defendants' motion for summary judgment in the probate proceeding.

18. Annexed hereto as Exhibit 17 is a copy of Jerome Kamerman's Reply Affirmation in further support of Defendants' motion for summary judgment in the probate proceeding.

19. Annexed hereto as Exhibit 18 is a copy of relevant pages from the 2019 deposition of Jerome Kamerman.

20. Annexed hereto as Exhibit 19 is a copy of the Healthoo.com page relating to its Chinese Import-Export Statistics service, *available at* http://www.healthoo.com/EN/200703/EN_20070316171711_314326.asp.

21. Annexed hereto as Exhibit 20 is a copy of my April 25, 2021 email to Plaintiff's counsel, asking Plaintiff's counsel to disclose withheld information relating to what she has identified as Capital Museum videos and explain why that information had been withheld, along with Plaintiff's counsel's response and my reply.

22. Annexed hereto as Exhibit 21 is a copy of relevant pages from the deposition of Elin Ewald.

23. Annexed hereto as Exhibit 22 is a copy of relevant pages from the deposition of Peter Schram.

24. Annexed hereto as Exhibit 23 is a copy of an Elin Ewald analysis dated August 25, 2005, Bates Numbered KING 003147-48.

25. Annexed hereto as Exhibit 24 is a copy of an Elin Ewald analysis dated December 15, 2005.

26. Annexed hereto as Exhibit 25 is a copy of an Elin Ewald analysis dated May 2, 2008, Bates Numbered KING 002639-49.

27. Annexed hereto as Exhibit 26 is a copy of a March 11, 2005 letter to the IRS.

28. Annexed hereto as Exhibit 27 is a copy of a May 20, 2005 letter to the IRS.

Dated: New York, New York
April 30, 2021

*/s/ Akiva M. Cohen*
Akiva M. Cohen