USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YIEN-KOO KING,

                Plaintiff,

      -v-

ANDREW WANG, et al.,

                Defendants.
------------------------------------------------------------------X

14-cv-7694 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    A *Daubert* hearing is scheduled for May 19, 2021 at 12:00 p.m. on Defendants' motion to preclude Plaintiff's expert, Patrick Regan. *See* Dkt. No. 234. The parties and the experts for each side, including Patrick Regan and Kenneth J. Linsner, shall appear by Zoom videoconference. Each side shall have the right to elicit testimony from the expert for the other side with respect to the issues raised in the *Daubert* motion for no more than 30 minutes, with the other side having 30 minutes for rehabilitation. The Court will also hear argument on the motion.

    Parties will be provided log-in instructions for the Zoom video conference. The public can access the hearing through the Court's audio-only line by dialing 888-251-2909 and using access code 2123101.

    SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge