USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YIEN-KOO KING,

                Plaintiff,

                14-cv-7694 (LJL)

    -v-

                ORDER

ANDREW WANG, et al.,

                Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

In connection with the *Daubert* hearing on May 19, 2021, the parties are directed to meet and confer regarding the order of witnesses and their examination, and to submit a proposed schedule to the Court by May 20, 2021 at 10:00 a.m. The *Daubert* hearing shall last no longer than 2.5 hours. If the parties are unable to agree, the Court will decide upon a schedule.

Also by May 20, 2021 at 10:00 a.m., the parties shall submit, via email or FTP, their exhibits to the Court and to opposing counsel. Exhibits that each side plans to use for purposes of cross-examination may be sent in a separate ex parte email or FTP link to the Court.

    SO ORDERED.

Dated: May 17, 2021
       New York, New York
                                      LEWIS J. LIMAN
                                      United States District Judge