UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YIEN-KOO KING,

                Plaintiff,

        -v-

ANDREW WANG, et al.,

                Defendants.
------------------------------------------------------------------X

14-cv-7694 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2021

LEWIS J. LIMAN, United States District Judge:

    Defendants' motion for leave to file a surreply in connection with Plaintiff's motions in limine is DENIED. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 298. The Court will address issues regarding the calling of lawyers as witnesses at the final pretrial conference.

    SO ORDERED.

Dated: November 9, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                          United States District Judge