```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YIEN-KOO KING,                                                     :
:
            Plaintiff,                                             :
:                    14-cv-7694 (LJL)
     -v-                                                           :
:                        ORDER
ANDREW WANG, et al.,                                               :
:
            Defendants.                                            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's motion for sanctions, at Dkt. No. 248, will be addressed by the Court at the final pretrial conference.

      SO ORDERED.

Dated: November 9, 2021
      New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge