UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YIEN-KOO KING, NORTHWICH　　　　　　　Case No. 1:14-cv-7694 (LJL)
INVESTMENTS, LTD., and SOON
HUAT, INC.,

              Plaintiffs,

                                         ORDER TO SHOW CAUSE
   -against-                             (Proposed)

ANDREW WANG, SHOU-KUNG WANG,
BAO WU TANG, JIAN BAO GALLERY,
ANTHONY CHOU, CHEN-MEI-LIN,
WEI ZHENG, YE YONG-QING,
YUE DA-JIN, and JOHN DOES 1-9,

              Defendants.
------------------------------------------------------------x

      Upon the pleadings, the Proposed Joint Pretrial Order, documents on file in this action as identified in the accompanying motion papers, the declaration of Carolyn Shields affirmed under penalty of perjury on November 16, 2021 with attached exhibits and the accompanying Memorandum of Law dated November 16, 2021, plaintiff Yien-Koo King ("Plaintiff"), through her attorneys of record, is ORDERED TO SHOW CAUSE before this Court in Courtroom 15C, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on the _____ day of November, 2021 at _____ o'clock in the _____ noon or as soon thereafter as counsel can be heard, why the Subpoena To Appear and Testify at Trial on November 30, 2021, at 9:00 a.m. ("Subpoena") served on Non-Party/Movant Carolyn Shields, Esq. on November 11, 2021 should not be quashed and a protective order issued; and it is further

1

ORDERED, that service of a copy of this Order and the papers upon which it is based upon the attorneys for Plaintiff, shown in the proposed Joint Proposed Pretrial Order as Sam Peter Israel and Dean R. Nicyper, through ECF [and by email at samisrael@spi-pc.com and at dean.nicyper@withersworldwide.com respectively]

[and by _____]

no later than the _____ day of November 2021, shall be deemed good and sufficient service thereof; and it is further

ORDERED, that service of a copy of this Order and the papers upon which it is based upon all other attorneys of record through ECF no later than the _____ day of November, 2021, shall be deemed good and sufficient service thereof; and it is further

ORDERED, that opposition papers if any shall be filed through ECF and served upon Non-Party/Movant Carolyn Shields, Esq. through ECF and by email addressed to shieldscj524@gmail.com no later than _____ p.m. on the _____ day of November, 2021; and it is

//

//

//

//

//

FURTHER ORDERED, that, sufficient reason having been shown therefor, pending the hearing and determination of the motion of Non-Party/Movant for an order quashing service of, and issuing a protective order with respect to, the Subpoena, compliance with the Subpoena shall be stayed.

SO ORDERED.

Dated: New York, New York
      November \_\_\_\_, 2021

_____
LEWIS J. LIMAN
United States District Judge