UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

-----------------------------------------------------------------------X
                   :

YIEN-KOO KING,                :

          Plaintiff,      :

                   :           14-cv-7694 (LJL)

    -v-             :

                   :             ORDER

ANDREW WANG, et al.,       :

                   :

         Defendants.    :

                   :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will hold a hearing, pursuant to Federal Rule of Evidence 104, on December 7, 2021, at 9:00 a.m., regarding the admissibility of the Artron and Artnet records.

       At that hearing, the Court will also hear argument on the motion for reconsideration of the Court's Order at Dkt. No. 321 precluding the recovery of disgorgement for Plaintiff's violation of Federal Rule of Civil Procedure 26 and for insufficient notice.  The parties should be prepared to address whether, notwithstanding the failure to request disgorgement in the complaint, Defendants had sufficient notice that Plaintiffs could seek to recover disgorgement and present arguments and evidence about unjust enrichment. *See, e.g.*, Dkt. No. 36 ¶¶ 4, 7, 110, 130; *see also Powell v. Nat'l Bd. of Med. Examiners*, 364 F.3d 79, 86 (2d Cir.), *opinion corrected*, 511 F.3d 238 (2d Cir. 2004) ("Under Rule 54(c) of the Federal Rules of Civil Procedure, a court can grant any relief to which a prevailing party is entitled, whether or not that relief was expressly sought in the complaint.  The sole exception to this rule is where a court grants relief not requested and of which the opposing party has no notice, thereby prejudicing that party.  In such case, unasked for relief should not be granted." (internal citations omitted)).

       No further submissions will be entertained prior to the hearing.

       SO ORDERED.

Dated: November 23, 2021
      New York, New York          _____
                               LEWIS J. LIMAN
                        United States District Judge