**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

(212) 400-4930

Via ECF
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007-1312

December 3, 2021

Re: King v. Wang et. al. No. 14-cv-07694 (LJL-JLC)

Dear Judge Liman,

    We write to you jointly as counsel for both Yien-Koo Wang King ("Plaintiff") and Defendants Andrew Wang and Shou-Kung Wang (the "Defendants" and, collectively with Plaintiff, the "Parties") to inform the Court that the parties, including the Public Administrator and the remaining beneficiaries of the Estate of Chi-Chuan Wang, have reached a global settlement of all issues, and the Parties have signed a Settlement Agreement reflecting that settlement. (Because of the complexity of the procedural issues relating to the Surrogate's Court, counsel continue to work collaboratively with counsel for the Public Administrator on refining language governing the filings required by the agreement.)

    The agreement requires the approval of the Surrogate's Court, and a payment to be made by the later of (i) 60 days after execution or (ii) such approval. Upon such payment being made, the parties will file a stipulation of discontinuance with prejudice. Given this development, and timeline, the parties jointly request that the Court continue the trial for 90 days to allow for performance of the settlement and the filing of the stipulation of discontinuance.

    We thank You Honor for the Court's attention to this matter.

Respectfully submitted,

KAMERMAN, UNCYK,
SONIKER & KLEIN, P.C.

SAM P. ISRAEL, P.C.

By: /s/ Akiva M. Cohen
Akiva M. Cohen
For Defendants

By:/s/ Timothy Savitsky
Timothy Savitsky, Esq. (TS 6683)
For Plaintiff

cc. All counsel of record [via ECF]